UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON.COM, INC. <br><br> *Defendant*. | Civil Action No. 1:20-cv-3478 (PKC) <br><br> JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER |

Pursuant to the the Court's Case Management Plan and Schedule Order dated July 8, 2020 (ECF No. 46), Plaintiff MasterObjects, Inc. and Defendant Amazon.com, Inc. (the "Parties"), respectfully move for entry of a protective order in this action. The parties agree to the attached proposed protective order.

Dated:  July 15, 2020                                    Respectfully submitted,

/s/  *Spencer Hosie*
Spencer Hosie, *admitted pro hac vice*
(CA Bar No. 101777)
shosie@hosielaw.com
Diane S. Rice, *admitted pro hac vice*
(CA Bar No. 118303)
drice@hosielaw.com
Brandon C. Martin, *admitted pro hac vice*
(CA Bar No. 269624)
bmartin@hosielaw.com
Darrell Rae Atkinson, *admitted pro hac vice*
(CA Bar No. 280564)
datkinson@hosielaw.com
Francesca M.S. Germinario, *admitted pro hac vice*
(NY Bar No. 5629407)
(CA Bar No.326208)
fgerminario@hosielaw.com

HOSIE RICE LLP
600 Montgomery St., 34th Floor
San Francisco, CA 94111
Telephone: 415.247.6000
Facsimile: 415.247.6001

*Counsel for Plaintiff MasterObjects, Inc.*

Dated: July 15, 2020

/s/ *Douglas J. Dixon*
Moez M. Kaba
523 West 6th Street, Suite 400
Los Angeles, CA 90014
mkaba@hueston.com

Douglas J. Dixon, NY Registration No. 4403762
ddixon@hueston.com
Christina V. Rayburn, CA State Bar No. 255467
crayburn@hueston.com
*(Admitted Pro Hac Vice)*
Neil G. Anderson, CA State Bar No. 307668
nanderson@hueston.com
*(Admitted Pro Hac Vice)*
Abigail Majane, NY Registration No. 5718044
amajane@hueston.com
*(Admitted Pro Hac Vice)*
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:    (949) 229-8640
Facsimile:    (888) 775-0898

*Attorneys for Defendant AMAZON.COM, INC.*