CLOSED,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:20−cv−03478−PKC

MasterObjects, Inc. v. Amazon.com, Inc.  
Assigned to: Judge P. Kevin Castel  
Cause: 35:271 Patent Infringement  

Date Filed: 05/04/2020  
Date Terminated: 10/15/2020  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question  

**Plaintiff**

**MasterObjects, Inc.**      represented by      **Alden George Harris**
Heim, Payne and Chorush LLP
1111 Bagby Street
Suite 2100
Houston, TX 77002
713−221−2000
Fax: 713−221−2021
Email: aharris@hpcllp.com
*ATTORNEY TO BE NOTICED*

**Darrell Atkinson**
Hosie Rice LLP
California
600 Montgomery Street
34th Floor
San Francisco
San Francisco, CA 94111
415−247−6000
Fax: 415−247−6001
Email: datkinson@hosielaw.com
*ATTORNEY TO BE NOTICED*

**Diane Sue Rice**
Hosie Rice LLP
600 Montgomery Street
Ste 34th Floor
San Francisco, CA 94111
415−247−6000
Fax: 415−247−6001
Email: drice@hosielaw.com
*ATTORNEY TO BE NOTICED*

**Francesca Miki Shima Germinario**
Hosie Rice LLP
600 Montgomery Street
Ste Floor 34
San Francisco, CA 94111
415−247−6000
Fax: 415−247−6001
Email: fgerminario@hosielaw.com
*ATTORNEY TO BE NOTICED*

|   |   |   |
|---|---|---|
|   |   | **Leslie V. Payne**<br>Heim Payne & Chorush, LLP<br>1111 Bagby Street, Suite 2100<br>Houston, TX 77002<br>713−221−2000<br>Fax: 713−221−2021<br>Email: lpayne@hpcllp.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Brandon Martin**<br>Hosie Rice LLP<br>600 Montgomery Street<br>Ste 34th Floor<br>San Francisco, CA 94111<br>415−247−6000<br>Fax: 415−247−6001<br>Email: bmartin@hosielaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Spencer Hosie**<br>Hosie Rice LLP<br>600 Montgomery Street<br>34th Floor<br>San Francisco, CA 94111<br>415−247−6000<br>Fax: 415−247−6001<br>Email: shosie@hosielaw.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Amazon.com, Inc.** | represented by | **Douglas James Dixon**<br>Hueston Hennigan LLP<br>620 Newport Ctr Drive Suite 1300<br>Newport Beasch, CA 92660<br>(949)−229−8640<br>Fax: (949)−775−0890<br>Email: ddixon@hueston.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Moez M. Kaba**<br>Hueston Hennigan LLP<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>(213) 788−4340<br>Fax: (888) 775−0898<br>Email: mkaba@hueston.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Abigail Majane**
Hueston Hennigan LLP
620 Newport Center Drive
Suite 1300
Newport Beach, CA 92660
949–287–5931
Email: amajane@hueston.com
*ATTORNEY TO BE NOTICED*

**Christina Von der Ahe Rayburn**
Hueston Hennigan LLP
620 Newport Center Drive
Ste 1300
Newport Beach, CA 92660
949–356–6412
Email: crayburn@hueston.com
*ATTORNEY TO BE NOTICED*

**Neil Anderson**
Hueston Hennigan LLP
620 Newport Center Dr #1300
Newport Beach, CA 92660
949–284–6313
Email: nanderson@hueston.com
*ATTORNEY TO BE NOTICED*

**Rami Bachour**
Hueston Hennigan LLP
523 W 6th St
Ste #400
Los Angeles, CA 90014
213–788–4069
Email: rbachour@hueston.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/2020 | Ï 1 | **FILING ERROR – DEFICIENT PLEADING – SIGNATURE ERROR –** COMPLAINT against Amazon.com, Inc.. (Filing Fee $ 400.00, Receipt Number ANYSDC–19702402)Document filed by MasterObjects, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I).(Martin, Brandon) Modified on 5/5/2020 (pne). (Entered: 05/04/2020) |
| 05/04/2020 | Ï 2 | CIVIL COVER SHEET filed..(Martin, Brandon) (Entered: 05/04/2020) |
| 05/04/2020 | Ï 3 | MOTION for Brandon Cody Martin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–19702611. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by MasterObjects, Inc.. (Attachments: # 1 Certificate of Good Standing from Supreme Court of California, # 2 Affidavit of Brandon C. Martin, # 3 Text of Proposed Order).(Martin, Brandon) (Entered: 05/04/2020) |
| 05/04/2020 | Ï 4 | MOTION for Spencer Hosie to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–19702947. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by MasterObjects, Inc.. (Attachments: # 1 Certificate of Good Standing from |

| | | |
|---|---|---|
| | | Supreme Court of California, # 2 Affidavit of Spencer Hosie, # 3 Text of Proposed Order).(Martin, Brandon) (Entered: 05/04/2020) |
| 05/04/2020 | Ï 5 | AO 120 FORM PATENT – NOTICE OF SUBMISSION BY ATTORNEY. AO 120 Form Patent/Trademark for case opening submitted to court for review..(Martin, Brandon) (Entered: 05/04/2020) |
| 05/04/2020 | Ï 6 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by MasterObjects, Inc...(Martin, Brandon) (Entered: 05/04/2020) |
| 05/04/2020 | Ï 7 | **FILING ERROR – DEFICIENT SUMMONS REQUEST 'As To' PDF ERROR –** REQUEST FOR ISSUANCE OF SUMMONS as to Amazon.com, Inc., re: 1 Complaint,. Document filed by MasterObjects, Inc...(Martin, Brandon) Modified on 5/5/2020 (pne). (Entered: 05/04/2020) |
| 05/04/2020 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 4 MOTION for Spencer Hosie to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–19702947. Motion and supporting papers to be reviewed by Clerk's Office staff., 3 MOTION for Brandon Cody Martin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–19702611. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 05/04/2020) |
| 05/05/2020 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge P. Kevin Castel. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(pne) (Entered: 05/05/2020) |
| 05/05/2020 | Ï | Magistrate Judge Kevin Nathaniel Fox is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (pne) (Entered: 05/05/2020) |
| 05/05/2020 | Ï | Case Designated ECF. (pne) (Entered: 05/05/2020) |
| 05/05/2020 | Ï | Case Eligible for Patent Pilot Program. (pne) (Entered: 05/05/2020) |
| 05/05/2020 | Ï 8 | AO 120 FORM PATENT – CASE OPENING – SUBMITTED. In compliance with the provisions of 35 U.S.C. 290, the Director of the U.S. Patent and Trademark Office is hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court Southern District of New York. Director of the U.S. Patent and Trademark Office electronically notified via Notice of Electronic Filing (NEF)..(pne) (Entered: 05/05/2020) |
| 05/05/2020 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Brandon Martin to RE−FILE Document No. 1 Complaint,. The filing is deficient for the following reason(s): the pleading was not signed by the filing attorney (Brandon Martin). Re−file the pleading using the event type Complaint found under the event list Complaints and Other Initiating Documents − attach the correct signed PDF − select the individually named filer/filers − select the individually named party/parties the pleading is against. **DO NOT USE GOOGLE CHROME OR SAFARI BROWSERS** (pne)** (Entered: 05/05/2020) |
| 05/05/2020 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Brandon Martin to RE−FILE Document No. 7 Request for Issuance of Summons,. The filing is deficient for the following reason(s): 'c/o' or 'via' must be entered in front of 'Corporation Service Company' on the summons request PDF. Re−file the document using the event type Request for Issuance of Summons found under the event list |

| | | |
|---|---|---|
| | | **Service of Process – select the correct filer/filers – and attach the corrected summons form PDF. (pne)** (Entered: 05/05/2020) |
| 05/05/2020 | 9 | COMPLAINT against Amazon.com, Inc.. Document filed by MasterObjects, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I).(Hosie, Spencer) (Entered: 05/05/2020) |
| 05/05/2020 | 10 | REQUEST FOR ISSUANCE OF SUMMONS as to Amazon.com, Inc., re: 9 Complaint,. Document filed by MasterObjects, Inc...(Hosie, Spencer) (Entered: 05/05/2020) |
| 05/05/2020 | 11 | ORDER INITIAL PRETRIAL CONFERENCE: Initial Conference set for 7/8/2020 at 02:00 PM in Courtroom 11D, 500 Pearl Street, New York, NY 10007 before Judge P. Kevin Castel, as further set forth in this order. (Signed by Judge P. Kevin Castel on 5/5/2020) (jwh) (Entered: 05/05/2020) |
| 05/06/2020 | 12 | ELECTRONIC SUMMONS ISSUED as to Amazon.com, Inc...(pne) (Entered: 05/06/2020) |
| 05/07/2020 | 13 | ORDER FOR ADMISSION PRO HAC VICE granting 3 Motion for Brandon Cody Martin to Appear Pro Hac Vice. (Signed by Judge P. Kevin Castel on 5/7/2020) (jwh) (Entered: 05/07/2020) |
| 05/08/2020 | 14 | ORDER FOR ADMISSION PRO HAC VICE granting 4 Motion for Spencer Hosie to Appear Pro Hac Vice. (Signed by Judge P. Kevin Castel on 5/8/2020) (jwh) (Entered: 05/08/2020) |
| 05/08/2020 | 15 | MOTION for Darrell Rae Atkinson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–19770476. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by MasterObjects, Inc.. (Attachments: # 1 Certificate of Good Standing from Supreme Court of California, # 2 Affidavit of Darrell R. Atkinson, # 3 Text of Proposed Order).(Atkinson, Darrell) (Entered: 05/08/2020) |
| 05/08/2020 | 16 | MOTION for Diane Sue Rice to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–19770961. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by MasterObjects, Inc.. (Attachments: # 1 Certificate of Good Standing from Supreme Court of California, # 2 Affidavit of Diane S. Rice, # 3 Text of Proposed Order).(Rice, Diane) (Entered: 05/08/2020) |
| 05/08/2020 | 17 | MOTION for Francesca Miki Shima Germinario to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–19771227. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by MasterObjects, Inc.. (Attachments: # 1 Certificate of Good Standing from the Supreme Court of New York, Appellate Division, # 2 Certificate of Good Standing from California Supreme Court, # 3 Affidavit of Francesca Miki Shima Germinario, # 4 Text of Proposed Order).(Germinario, Francesca Miki Shima) (Entered: 05/08/2020) |
| 05/08/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 17 MOTION for Francesca Miki Shima Germinario to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–19771227. Motion and supporting papers to be reviewed by Clerk's Office staff., 15 MOTION for Darrell Rae Atkinson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–19770476. Motion and supporting papers to be reviewed by Clerk's Office staff., 16 MOTION for Diane Sue Rice to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–19770961. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 05/08/2020) |
| 05/11/2020 | 18 | ORDER granting 15 Motion for Darrell Rae Atkinson to Appear Pro Hac Vice (HEREBY ORDERED by Judge P. Kevin Castel)(Text Only Order) (Nacanther, Florence) (Entered: 05/11/2020) |
| 05/11/2020 | 19 | ORDER granting 16 Motion for Diane Sue Rice to Appear Pro Hac Vice (HEREBY ORDERED by Judge P. Kevin Castel)(Text Only Order) (Nacanther, Florence) (Entered: 05/11/2020) |

| | | |
|---|---|---|
| 05/11/2020 | 20 | ORDER granting 17 Motion for Francesca Miki Shima Germinario to Appear Pro Hac Vice (HEREBY ORDERED by Judge P. Kevin Castel)(Text Only Order) (Nacanther, Florence) (Entered: 05/11/2020) |
| 05/11/2020 | 21 | CERTIFICATE OF SERVICE. Amazon.com, Inc. served on 5/7/2020, answer due 5/28/2020. Service was accepted by Maria Herrera, Customer Service Associate for Registered Agent. Document filed by MasterObjects, Inc...(Martin, Brandon) (Entered: 05/11/2020) |
| 05/22/2020 | 22 | NOTICE OF APPEARANCE by Douglas James Dixon on behalf of Amazon.com, Inc...(Dixon, Douglas) (Entered: 05/22/2020) |
| 05/22/2020 | 23 | NOTICE OF APPEARANCE by Moez M. Kaba on behalf of Amazon.com, Inc...(Kaba, Moez) (Entered: 05/22/2020) |
| 05/22/2020 | 24 | LETTER MOTION for Extension of Time to File Answer *to Complaint* addressed to Judge P. Kevin Castel from Douglas J. Dixon dated May 22, 2020. Document filed by Amazon.com, Inc.. Return Date set for 6/18/2020 at 05:00 PM..(Dixon, Douglas) (Entered: 05/22/2020) |
| 05/22/2020 | 25 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Amazon.com, Inc...(Kaba, Moez) (Entered: 05/22/2020) |
| 05/27/2020 | 26 | ORDER granting 24 Letter Motion for Extension of Time to Answer: Application Granted. (Amazon.com, Inc. answer due 6/18/2020.) (Signed by Judge P. Kevin Castel on 5/27/2020) (jwh) (Entered: 05/27/2020) |
| 06/12/2020 | 27 | **FILING ERROR – DEFICIENT PRO HAC VICE MOTION –** MOTION for Christina V. Rayburn to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–20242262. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Amazon.com, Inc.. (Attachments: # 1 Affidavit of Christina V. Rayburn in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit to Affidavit (certificate of good standing), # 3 Text of Proposed Order).(Rayburn, Christina) Modified on 6/15/2020 (ad). (Entered: 06/12/2020) |
| 06/12/2020 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 27 MOTION for Christina V. Rayburn to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–20242262. Motion and supporting papers to be reviewed by Clerk's Office staff.. The filing is deficient for the following reason(s): The Certificate of Good Standing must be issued from the California Supreme Court, 350 Mc Allister Street, Room 1295, San Francisco, CA 94102 415–865–7000;. Re–file the motion as a Corrected Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (ad)** (Entered: 06/15/2020) |
| 06/15/2020 | 28 | MOTION for Christina V. Rayburn to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Filing fee $ 200.00, receipt number ANYSDC–20242262. Document filed by Amazon.com, Inc.. (Attachments: # 1 Affidavit of Christina V. Rayburn in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit to Affidavit (certificate of good standing), # 3 Text of Proposed Order).(Rayburn, Christina) Modified on 6/16/2020 (ad). (Entered: 06/15/2020) |
| 06/15/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 28 MOTION for Christina V. Rayburn to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 06/16/2020) |
| 06/16/2020 | 29 | ORDER granting 28 Motion for Christina V. Rayburn to Appear Pro Hac Vice (HEREBY ORDERED by Judge P. Kevin Castel)(Text Only Order) (Nacanther, Florence) (Entered: 06/16/2020) |

| | | |
|---|---|---|
| 06/17/2020 | 30 | NOTICE OF APPEARANCE by Christina Von der Ahe Rayburn on behalf of Amazon.com, Inc...(Rayburn, Christina) (Entered: 06/17/2020) |
| 06/17/2020 | 31 | MOTION for Neil G. Anderson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–20303490. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Amazon.com, Inc.. (Attachments: # 1 Affidavit of Neil G. Anderson in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit to Affidavit (certificate of good standing), # 3 Text of Proposed Order).(Anderson, Neil) (Entered: 06/17/2020) |
| 06/18/2020 | ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 31 MOTION for Neil G. Anderson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–20303490. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 06/18/2020) |
| 06/18/2020 | 32 | ANSWER to 9 Complaint,. Document filed by Amazon.com, Inc.. (Attachments: # 1 Exhibit Ex 1 – Google Amended Answer, # 2 Exhibit Ex 2 – Google Invalidity Contentions, # 3 Exhibit Ex 3 – Yahoo Invalidity Contentions, # 4 Exhibit Ex 4 Yahoo Complaint, # 5 Exhibit Ex 5 – 326 Patent, # 6 Exhibit Ex 6 – 639 Patent, # 7 Exhibit Ex 7 – 529 Patent, # 8 Exhibit Ex 8 – 024 Patent History, # 9 Exhibit Ex 9 – 326 Disclaimer, # 10 Exhibit Ex 10 – 628 File History Excerpts, # 11 Exhibit Ex 11 – 866 File Excerpts, # 12 Exhibit Ex 12 – 073 File Excerpts).(Dixon, Douglas) (Entered: 06/18/2020) |
| 06/18/2020 | 33 | ORDER granting 31 Motion for Neil G. Anderson to Appear Pro Hac Vice (HEREBY ORDERED by Judge P. Kevin Castel)(Text Only Order) (Nacanther, Florence) (Entered: 06/18/2020) |
| 06/22/2020 | 34 | MOTION for Abigail Eden Majane to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–20360650. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Amazon.com, Inc.. (Attachments: # 1 Affidavit of Abigail Majane in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Supreme Court of California – Certificate of Good Standing, # 3 Exhibit State of New York Supreme Court – Certificate of Good Standing, # 4 Text of Proposed Order).(Majane, Abigail) (Entered: 06/22/2020) |
| 06/22/2020 | ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 34 MOTION for Abigail Eden Majane to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–20360650. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (laq)** (Entered: 06/22/2020) |
| 06/22/2020 | 35 | NOTICE OF APPEARANCE by Neil Anderson on behalf of Amazon.com, Inc...(Anderson, Neil) (Entered: 06/22/2020) |
| 06/22/2020 | 36 | NOTICE OF APPEARANCE by Spencer Hosie on behalf of MasterObjects, Inc...(Hosie, Spencer) (Entered: 06/22/2020) |
| 06/22/2020 | 37 | NOTICE OF APPEARANCE by Diane Sue Rice on behalf of MasterObjects, Inc...(Rice, Diane) (Entered: 06/22/2020) |
| 06/22/2020 | 38 | NOTICE OF APPEARANCE by Brandon Martin on behalf of MasterObjects, Inc...(Martin, Brandon) (Entered: 06/22/2020) |
| 06/22/2020 | 39 | NOTICE OF APPEARANCE by Darrell Atkinson on behalf of MasterObjects, Inc...(Atkinson, Darrell) (Entered: 06/22/2020) |
| 06/22/2020 | 40 | NOTICE OF APPEARANCE by Francesca Miki Shima Germinario on behalf of MasterObjects, Inc...(Germinario, Francesca Miki Shima) (Entered: 06/22/2020) |
| 06/23/2020 | 41 | ORDER granting 34 Motion for Abigail Eden Majane to Appear Pro Hac Vice (HEREBY ORDERED by Judge P. Kevin Castel)(Text Only Order) (Nacanther, Florence) (Entered: |

| | | |
|---|---|---|
| | | 06/23/2020) |
| 06/24/2020 | 42 | ORDER: Due to the COVID−19 pandemic, conferences with the Court in civil cases will be held by teleconferencing until further notice. Counsel for the plaintiff(s) shall arrange for the conference call. Each scheduled conference will take place on the date and time originally set. The conference in this case is scheduled for July 8, 2020 at 2:00 p.m. No later than seventy−two hours before the conference, plaintiff(s)' counsel shall: and further set forth in this Order. (Signed by Judge P. Kevin Castel on 6/24/2020) (rro) (Entered: 06/24/2020) |
| 06/25/2020 | 43 | NOTICE OF APPEARANCE by Abigail Majane on behalf of Amazon.com, Inc...(Majane, Abigail) (Entered: 06/25/2020) |
| 06/30/2020 | 44 | JOINT LETTER addressed to Judge P. Kevin Castel from Spencer Hosie dated June 30, 2020 re: July 8, 2020 Pretrial Conference. Document filed by MasterObjects, Inc...(Hosie, Spencer) (Entered: 06/30/2020) |
| 07/02/2020 | 45 | LETTER addressed to Judge P. Kevin Castel from Brandon C. Martin dated 07/02/2020 re: Call−in information for July 8, 2020 Initial Pre−trial Hearing. Document filed by MasterObjects, Inc...(Martin, Brandon) (Entered: 07/02/2020) |
| 07/08/2020 | | Minute Entry for proceedings held before Judge P. Kevin Castel: Initial Pretrial Conference held on 7/8/2020. The next Case Management Conference is scheduled for December 4, 2020 at 11:00 a.m. (Nacanther, Florence) (Entered: 07/08/2020) |
| 07/08/2020 | 46 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial. This case is to be tried to a jury. Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties shall be filed within 30 days from the date of this Order. Fact Discovery due by 11/5/2020. Deposition due by 10/23/2020. Court declines to address at this juncture whether Amazon's source code will be required to be made available for inspection or when. Issue deferred until all contentions have been filed (paragraphs 15 and 16). Expert Discovery due by 12/21/2020. Case Management Conference set for 12/4/2020 at 11:00 AM before Judge P. Kevin Castel. (Signed by Judge P. Kevin Castel on 7/8/2020) (jwh) (Entered: 07/08/2020) |
| 07/10/2020 | 47 | MOTION for Leave to File Amended Answer . Document filed by Amazon.com, Inc.. (Attachments: # 1 Exhibit A – Amended Answer to Complaint – Part 1, # 2 Exhibit A – Amended Answer to Complaint – Part 2, # 3 Exhibit A – Amended Answer to Complaint – Part 3, # 4 Exhibit A – Amended Answer to Complaint – Part 4, # 5 Exhibit B – Stipulation and Proposed Order).(Dixon, Douglas) (Entered: 07/10/2020) |
| 07/13/2020 | 48 | LETTER addressed to Judge P. Kevin Castel from Moez M. Kaba dated July 13, 2020 re: MasterObjects, Inc. v. Amazon.com, Inc., No. 1:20−cv−03478. Document filed by Amazon.com, Inc...(Kaba, Moez) (Entered: 07/13/2020) |
| 07/15/2020 | 49 | LETTER addressed to Judge P. Kevin Castel from Spencer Hosie dated July 15, 2020 re: Reply to Amazon's July 13, 2020 letter, ECF 48. Document filed by MasterObjects, Inc...(Hosie, Spencer) (Entered: 07/15/2020) |
| 07/15/2020 | 50 | JOINT MOTION for Protective Order *Joint Motion for Entry of Agreed Protective Order*. Document filed by MasterObjects, Inc.. (Attachments: # 1 Text of Proposed Order Protective Order).(Hosie, Spencer) (Entered: 07/15/2020) |
| 07/15/2020 | 51 | ORDER granting 47 Motion for Leave to File Document: Please familiarize yourself with the Local Rules of this Court and the undersigned's Individual Practices. All that was necessary was a letter advising of plaintiff's consent to the filing of an amended answer. The letter would have been promptly endorsed as the Court's Order. There was no need for a motion with a 24−line signature |

| | | |
|---|---|---|
| | | block and no need for a Stipulation and also a Proposed Order. It is cumbersome, needless and expensive. The last may have been the point of the exercise. Motion (Doc 47) is granted. File amended answer by July 24, 2020. File transfer motion by August 5,2020, response due August 21, 2020 and reply due August 31, 2020. (Signed by Judge P. Kevin Castel on 7/15/2020) (jwh) (Entered: 07/15/2020) |
| 07/15/2020 | Ï | Set/Reset Deadlines: Amazon.com, Inc. answer due 7/24/2020. Motions due by 8/5/2020. Responses due by 8/21/2020. Replies due by 8/31/2020. (jwh) (Entered: 07/15/2020) |
| 07/24/2020 | 52 | AMENDED ANSWER to with JURY DEMAND. Document filed by Amazon.com, Inc.. (Attachments: # 1 Ex 1, # 2 Ex 2, # 3 Ex 3, # 4 Ex 4, # 5 Ex 5, # 6 Ex 6, # 7 Ex 7, # 8 Ex 8, # 9 Ex 9, # 10 Ex 10, # 11 Ex 11, # 12 Ex 12).(Dixon, Douglas) (Entered: 07/24/2020) |
| 07/24/2020 | 53 | LETTER addressed to Judge P. Kevin Castel from Moez M. Kaba dated July 24, 2020 re: Amazon's First Amended Answer. Document filed by Amazon.com, Inc...(Dixon, Douglas) (Entered: 07/24/2020) |
| 07/27/2020 | 54 | MOTION for Leslie V. Payne to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by MasterObjects, Inc.. (Attachments: # 1 Certificate of Good Standing, # 2 Affidavit of Leslie V. Payne, # 3 Text of Proposed Order).(Payne, Leslie) (Entered: 07/27/2020) |
| 07/27/2020 | Ï | Pro Hac Vice Fee Payment: for 54 MOTION for Leslie V. Payne to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.**. Filing fee $ 200.00, receipt number ANYSDC–20867514..(Payne, Leslie) (Entered: 07/27/2020) |
| 07/27/2020 | 55 | MOTION for Alden G. Harris to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by MasterObjects, Inc.. (Attachments: # 1 Certificate of Good Standing, # 2 Affidavit of Alden G. Harris, # 3 Text of Proposed Order).(Harris, Alden) (Entered: 07/27/2020) |
| 07/27/2020 | Ï | Pro Hac Vice Fee Payment: for 55 MOTION for Alden G. Harris to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.**. Filing fee $ 200.00, receipt number ANYSDC–20867686..(Harris, Alden) (Entered: 07/27/2020) |
| 07/28/2020 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 55 MOTION for Alden G. Harris to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff., 54 MOTION for Leslie V. Payne to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 07/28/2020) |
| 07/28/2020 | 56 | ORDER granting 54 Motion for Leslie V. Payne to Appear Pro Hac Vice (HEREBY ORDERED by Judge P. Kevin Castel)(Text Only Order) (Nacanther, Florence) (Entered: 07/28/2020) |
| 07/28/2020 | 57 | ORDER granting 55 Motion for Alden G. Harris to Appear Pro Hac Vice (HEREBY ORDERED by Judge P. Kevin Castel)(Text Only Order) (Nacanther, Florence) (Entered: 07/28/2020) |
| 07/28/2020 | 58 | LETTER addressed to Judge P. Kevin Castel from Spencer Hosie dated July 28, 2020 re: MasterObjects requests leave to file an F.R.C.P. 12(c) brief as to Amazon's 50 page Inequitable Conduct Affirmative Defense. Document filed by MasterObjects, Inc...(Hosie, Spencer) (Entered: 07/28/2020) |
| 07/29/2020 | 59 | STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING PATENTS, HIGHLY SENSITIVE CONFIDENTIAL INFORMATION AND/OR TRADE SECRETS...regarding procedures to be followed that shall govern the handling of confidential material... (As further set forth in this Order.) Joint Motion (Doc. 50) is terminated. Motions terminated: 50 JOINT MOTION for Protective Order *Joint Motion for Entry of Agreed Protective Order*. filed by MasterObjects, |

| | | |
|---|---|---|
| | | Inc.. (Signed by Judge P. Kevin Castel on 7/29/2020) (cf) Modified on 7/30/2020 (cf). (Entered: 07/29/2020) |
| 07/29/2020 | 60 | MEMO ENDORSEMENT on re: 58 Letter, filed by MasterObjects, Inc. ENDORSEMENT: In responding to MasterObjects letter of July 28, it should state unambiguously whether it wishes to amend its answer and affirmative defense in any respect. SO ORDERED. (Signed by Judge P. Kevin Castel on 7/29/2020) (jca) (Entered: 07/29/2020) |
| 08/03/2020 | 61 | LETTER addressed to Judge P. Kevin Castel from Moez M. Kaba dated 8/3/2020 re: MasterObjects' pre−motion letter, see Dkt. No. 58. Document filed by Amazon.com, Inc...(Kaba, Moez) (Entered: 08/03/2020) |
| 08/05/2020 | 62 | MOTION for Rami Bachour to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC−21011182. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Amazon.com, Inc.. (Attachments: # 1 Affidavit of Rami Bachour in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit to Affidavit (certificate of good standing), # 3 Text of Proposed Order).(Bachour, Rami) (Entered: 08/05/2020) |
| 08/05/2020 |  | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 62 MOTION for Rami Bachour to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC−21011182. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 08/05/2020) |
| 08/05/2020 | 63 | **FILING ERROR − DEFICIENT DOCKET ENTRY − (SUPPORTING DOCUMENTS TO BE FILED SEPARATELY) −** MOTION to Transfer Case . Document filed by Amazon.com, Inc.. (Attachments: # 1 Affidavit of Moez M. Kaba in Support of Amazon.com's Motion to Transfer Venue to the Northern District of California, # 2 Exhibit to the Declaration of Moez M. Kaba in Support of Amazon.com's Motion to Transfer Venue to the Northern District of California, # 3 Affidavit of Scott Sanford in Support of Amazon.com's Motion to Transfer Venue to the Northern District of California).(Kaba, Moez) Modified on 8/17/2020 (lb). (Entered: 08/05/2020) |
| 08/07/2020 | 64 | ORDER granting 62 Motion for Rami Bachour to Appear Pro Hac Vice (HEREBY ORDERED by Judge P. Kevin Castel)(Text Only Order) (Nacanther, Florence) (Entered: 08/07/2020) |
| 08/07/2020 | 65 | NOTICE OF APPEARANCE by Rami Bachour on behalf of Amazon.com, Inc...(Bachour, Rami) (Entered: 08/07/2020) |
| 08/17/2020 |  | ***NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Moez M. Kaba to RE−FILE Document 63 MOTION to Transfer Case .. ERROR(S): Supporting Documents Must Be Filed Separately. (lb)** (Entered: 08/17/2020) |
| 08/17/2020 | 66 | MOTION to Transfer Case *to the Northern District of California*. Document filed by Amazon.com, Inc.. (Attachments: # 1 Affidavit of Scott Sanford in Support of Defendant Amazon.com, Inc.'s Motion to Transfer Venue to the Northern District of California, # 2 Affidavit of Moez Kaba in Support of Defendant Amazon.com, Inc.'s Motion to Transfer Venue to the Northern District of California, # 3 Exhibit 1 − New York Secretary of States records for entities registered in the State of New York named MasterObjects or Master Objects., # 4 Exhibit 2 − LinkedIn page for Mark Smit, # 5 Exhibit 3 − LinkedIn page for Stefan van den Oord, # 6 Exhibit 4 − LinkedIn page for Paul Eijpe, # 7 Exhibit 5 − inkedIn page for Matthijs Keur, # 8 Exhibit 6 − LinkedIn page for Matt Amacker, # 9 Exhibit 7 − LinkedIn page for Helen Lu, # 10 Exhibit 8 − LinkedIn page for Saj Raza, # 11 Exhibit 9 − LinkedIn page for Anil Sewani, # 12 Exhibit 10 − LinkedIn page for Yih Sun, # 13 Exhibit 11 − ZoomInfo page for Louka Dlagnekov, # 14 Exhibit 12 − LinkedIn page for Juzer Arsiwala, # 15 Exhibit 13 − LinkedIn page for Ruben Ortega, # 16 Exhibit 14 − LinkedIn page for Robert Frederick, # 17 Exhibit 15 − Westlaw Public Records page for Benjamin Smith, # 18 Exhibit 16 − LinkedIn page for Michael Fullerton, # 19 Exhibit 17 − LinkedIn page for James OConnor, # 20 Exhibit 18 − LinkedIn page for Kevin Gibbs, # 21 Exhibit 19 − LinkedIn page for |

| | | |
|---|---|---|
| | | John Tafoya, # 22 Exhibit 20 – LinkedIn page for Sukanta Ganguly, # 23 Exhibit 21 – LinkedIn page for Kourosh Gharachorloo, # 24 Exhibit 22 – LinkedIn page for Thomas Holt, # 25 Exhibit 23 – LinkedIn page for Alexander Kravets, # 26 Exhibit 24 – LinkedIn page for Shumeet Baluja, # 27 Exhibit 25 – LinkedIn page for Jorge Pereira, # 28 Exhibit 26 – Public Records page for Dean Hachamovitch, # 29 Exhibit 27 – LinkedIn page for Andrew Clinick, # 30 Exhibit 28 – LinkedIn page for Ethan Bradford, # 31 Exhibit 29 – Westlaw Public Records page for Charles Porter, # 32 Exhibit 30 – LinkedIn page for John Avery, # 33 Exhibit 31 – Westlaw Public Records page for Thomas Barr, # 34 Exhibit 32 – LinkedIn page for Jeremy Arnold, # 35 Exhibit 33 – ZoomInfo page for Sepandar Kamvar, # 36 Exhibit 34 – Amarillo College Faculty page for Mark Nair, # 37 Exhibit 35 – LinkedIn page for Toshikazu Fukushima, # 38 Exhibit 36 – LinkedIn page for Reiner Kraft, # 39 Exhibit 37 – LinkedIn page for Matthias Bauer, # 40 Exhibit 38 – California State Bar profile of Joseph Patrick OMalley, # 41 Exhibit 39 – California State Bar profile of Karl Francis Kenna, # 42 Exhibit 40 – Ventura Verdes webpage entitled Our Team,, # 43 Exhibit 41 – Google Flights webpage, # 44 Exhibit 42 – Google Flights webpage, # 45 Exhibit 43 – United Stated District Court, Northern District of California webpage entitled Judges,, # 46 Exhibit 44 – Lex Machinas Docket Analysis report for patent cases in the Northern District of California, # 47 Exhibit 45 – Lex Machinas Docket Analysis report for patent cases in the Southern District of New York).(Kaba, Moez) (Entered: 08/17/2020) |
| 08/19/2020 | 67 | MEMO ENDORSEMENT on re: 58 Letter, filed by MasterObjects, Inc. ENDORSEMENT: File motion by September 11. Response due September 25. Reply due October 1. (Motions due by 9/11/2020., Responses due by 9/25/2020, Replies due by 10/1/2020.) (Signed by Judge P. Kevin Castel on 8/19/2020) (cf) (Entered: 08/20/2020) |
| 08/21/2020 | 68 | RESPONSE in Opposition to Motion re: 66 MOTION to Transfer Case *to the Northern District of California. *Plaintiff MasterObjects, Inc.'s Opposition to Amazon.com, Inc.'s Motion to Transfer Venue to the Northern District of California*. Document filed by MasterObjects, Inc...(Hosie, Spencer) (Entered: 08/21/2020) |
| 08/21/2020 | 69 | DECLARATION of Spencer Hosie in Opposition re: 66 MOTION to Transfer Case *to the Northern District of California.*. Document filed by MasterObjects, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD, # 31 Exhibit EE, # 32 Exhibit FF, # 33 Exhibit GG, # 34 Exhibit HH, # 35 Exhibit II, # 36 Exhibit JJ, # 37 Exhibit KK, # 38 Exhibit LL, # 39 Exhibit MM, # 40 Exhibit NN, # 41 Exhibit OO, # 42 Exhibit PP, # 43 Exhibit QQ, # 44 Exhibit RR, # 45 Exhibit SS, # 46 Exhibit TT, # 47 Exhibit UU, # 48 Exhibit VV, # 49 Exhibit WW, # 50 Exhibit XX, # 51 Exhibit YY, # 52 Exhibit ZZ, # 53 Exhibit AAA, # 54 Exhibit BBB, # 55 Exhibit CCC, # 56 Exhibit DDD, # 57 Exhibit EEE, # 58 Exhibit FFF, # 59 Exhibit GGG).(Hosie, Spencer) (Entered: 08/21/2020) |
| 08/21/2020 | 70 | AFFIDAVIT of Alden G. Harris in Opposition re: 66 MOTION to Transfer Case *to the Northern District of California.*. Document filed by MasterObjects, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10).(Hosie, Spencer) (Entered: 08/21/2020) |
| 08/31/2020 | 71 | REPLY to Response to Motion re: 66 MOTION to Transfer Case *to the Northern District of California.* . Document filed by Amazon.com, Inc.. (Attachments: # 1 Affidavit of Moez Kaba in Support of Reply, # 2 Exhibit 1 – Docket Navigators Time to Milestones report for patent cases assigned to Magistrate Judge Nathanael Cousins in the Northern District of California, # 3 Exhibit 2 – Search conducted on the Washington State Secretary of States records for entities registered in the State of Washington named Dean Hachamovitch).(Kaba, Moez) (Entered: 08/31/2020) |
| 09/03/2020 | 72 | |

| | | |
|---|---|---|
| | | LETTER MOTION for Discovery addressed to Judge P. Kevin Castel from Spencer Hosie dated September 3, 2020. Document filed by MasterObjects, Inc...(Hosie, Spencer) (Entered: 09/03/2020) |
| 09/03/2020 | 73 | DECLARATION of Spencer Hosie in Support re: 72 LETTER MOTION for Discovery addressed to Judge P. Kevin Castel from Spencer Hosie dated September 3, 2020.. Document filed by MasterObjects, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Hosie, Spencer) (Entered: 09/03/2020) |
| 09/07/2020 | 74 | LETTER RESPONSE in Opposition to Motion addressed to Judge P. Kevin Castel from Douglas J. Dixon dated September 7, 2020 re: 72 LETTER MOTION for Discovery addressed to Judge P. Kevin Castel from Spencer Hosie dated September 3, 2020. . Document filed by Amazon.com, Inc...(Dixon, Douglas) (Entered: 09/07/2020) |
| 09/07/2020 | 75 | DECLARATION of Douglas J. Dixon in Opposition re: 72 LETTER MOTION for Discovery addressed to Judge P. Kevin Castel from Spencer Hosie dated September 3, 2020.. Document filed by Amazon.com, Inc.. (Attachments: # 1 Exhibit 1).(Dixon, Douglas) (Entered: 09/07/2020) |
| 09/10/2020 | 76 | MOTION for Judgment on the Pleadings . Document filed by MasterObjects, Inc...(Hosie, Spencer) (Entered: 09/10/2020) |
| 09/10/2020 | 77 | MEMORANDUM OF LAW in Support re: 76 MOTION for Judgment on the Pleadings . . Document filed by MasterObjects, Inc...(Hosie, Spencer) (Entered: 09/10/2020) |
| 09/10/2020 | 78 | DECLARATION of Spencer Hosie in Support re: 76 MOTION for Judgment on the Pleadings .. Document filed by MasterObjects, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Hosie, Spencer) (Entered: 09/10/2020) |
| 09/25/2020 | 79 | RESPONSE in Opposition to Motion re: 76 MOTION for Judgment on the Pleadings . *Defendant Amazon.Com, Inc.'s Opposition to Plaintiff MasterObjects, Inc.'s Motion for Judgment on the Pleadings*. Document filed by Amazon.com, Inc...(Kaba, Moez) (Entered: 09/25/2020) |
| 10/01/2020 | 80 | REPLY to Response to Motion re: 76 MOTION for Judgment on the Pleadings . *Plaintiff MasterObjects, Inc.'s Reply to Defendant Amazon.com, Inc.'s Opposition to Plaintiff MasterObjects' Motion for Judgment on the Pleadings*. Document filed by MasterObjects, Inc...(Hosie, Spencer) (Entered: 10/01/2020) |
| 10/09/2020 | 81 | JOINT LETTER addressed to Judge P. Kevin Castel from Spencer Hosie dated October 9, 2020 re: Requesting extension of the fact discovery deadline to March 5, 2021. Document filed by MasterObjects, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Revised Civil Case Management Plan and Scheduling Order).(Hosie, Spencer) (Entered: 10/10/2020) |
| 10/15/2020 | 82 | OPINION AND ORDER re: 66 MOTION to Transfer Case *to the Northern District of California*: Defendant's motion to transfer this action to United States District Court for the Northern District of California is GRANTED. (Doc 66). The Clerk shall transfer the action and close the file in this district. (Signed by Judge P. Kevin Castel on 10/15/2020) (jwh) Transmission to Office of the Clerk of Court for processing. (Entered: 10/15/2020) |
| 10/15/2020 | ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Northern District of California. (jwh) (Entered: 10/22/2020) |