Moez M. Kaba, CA State Bar No. 257456
mkaba@hueston.com
Rami Bachour, CA State Bar No. 324844
rbachour@hueston.com
HUESTON HENNIGAN LLP
523 West 6th St., Suite 400
Los Angeles, CA 90014
Telephone:    (213) 788-4340
Facsimile:     (888) 775-0898

Douglas J. Dixon, CA State Bar No. 275389
ddixon@hueston.com
Christina V. Rayburn, CA State Bar No. 255467
crayburn@hueston.com
Neil G. Anderson, CA State Bar No. 307668
nanderson@hueston.com
Thomas B. King, CA State Bar No. 241661
tking@hueston.com
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:    (949) 229-8640
Facsimile:     (888) 775-0898

Attorneys for Defendant
Amazon.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Case No. 3:20-cv-08103-WHA <br><br> Judge William Alsup <br> Courtroom 12 <br><br> **DEFENDANT AMAZON.COM, INC.'S *CORRECTED* NOTICE OF UNOPPOSED MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS PURSUANT TO PAT. L.R. 3-6** <br><br> Date: January 20, 2022 <br> Time:  8:00 a.m. <br><br> Complaint Filed: May 5, 2020 <br> Trial Date: May 9, 2022 |

PLEASE TAKE NOTICE that Defendant Amazon.com, Inc. ("Amazon") hereby moves this Court for an order granting Amazon leave to amend its invalidity contentions pursuant to Patent Local Rule 3-6. This motion (which was initially incorrectly set for hearing on January 6, 2022) will be set for hearing on January 20, 2022, at 8:00 a.m.

Dated: December 10, 2021

Respectfully submitted,

/s/ Moez M. Kaba
Moez M. Kaba, CA State Bar No. 257456
mkaba@hueston.com
Rami Bachour, CA State Bar No. 324844
rbachour@hueston.com
HUESTON HENNIGAN LLP
523 West 6th St., Suite 400
Los Angeles, CA 90014
Telephone:   (213) 788-4340
Facsimile:    (888) 775-0898

Douglas J. Dixon, CA State Bar No. 275389
ddixon@hueston.com
Christina V. Rayburn, CA State Bar No. 255467
crayburn@hueston.com
Neil G. Anderson, CA State Bar No. 307668
nanderson@hueston.com
Thomas B. King, CA State Bar No. 241661
tking@hueston.com
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:   (949) 229-8640
Facsimile:    (888) 775-0898

Attorneys for Defendant
Amazon.com, Inc.