SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
505 Sansome Street, Suite 1575
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | Case No. 5:20-cv-08103-WHA<br><br>**PLAINTIFF MASTEROBJECTS, INC.'S NOTICE OF CHANGE OF ADDRESS PURSUANT TO CIVIL L.R. 3-11**<br><br>Judge: Hon. William Alsup<br>Courtroom: 12, 19th Floor<br><br>Complaint Filed: May 5, 2020<br>Trial Date: May 9, 2022 |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, effective November 22, 2021, the address of Hosie Rice LLP has changed to 505 Sansome Street, Suite 1575, San Francisco, CA 94111.  The telephone and facsimile numbers remain the same.

All physical notices and documents should be sent to the address listed above.

Dated:  December 15, 2021                              Respectfully submitted,

/s/ Spencer Hosie
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
505 Sansome Street, Suite 1575
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*