UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MASTEROBJECTS, INC.,

    Plaintiff,

v.

AMAZON.COM, INC,

    Defendant.

No. C 20-08103 WHA

**NOTICE AND REQUEST FOR ADITIONAL INFORMATION REGARDING AMAZON'S PRÉCIS REQUEST**

Amazon requests leave to file another motion to strike MasterObjects' (now fourth) set of infringement contentions for failure to comply with Patent Local Rule 3-1. This order makes no ruling on Amazon's précis request, it requests further information from the parties on their dispute.

We just recently went through this song-and-dance with the parties (Dkt. No. 206). Amazon again argues MasterObjects' contentions neither tie the asserted claim language to some feature in the allegedly infringing instrumentalities nor provide pinpoint citations to the source code with an accompanying explanation. MasterObjects, for its part, again complains that Amazon failed in its document productions and this time states that Amazon's Rule 30(b)(6) witness admitted that Amazon did not produce the right code. Before we go further:

1. MasterObjects shall provide:  (1) a copy of its infringement contentions for the '628 patent (in their entirety, not just the 13[f] contention); and (2) a complete transcript of Amazon's pertinent Rule 30(b)(6) witness.

2. Each party may submit a sworn declaration, limited to two pages, regarding whether the source code "that drives and provisions Amazon's Autocomplete function" was or was not produced at the time of the deposition of Amazon's Rule 30(b)(6) witness (*see* Dkt. No. 223 at 1).  This declaration shall please include pinpoint citations to the relevant portions of the deposition transcript.

These submissions are due **MONDAY, JANUARY 10, 2022 AT NOON**.

**IT IS SO ORDERED.**

Dated:  January 6, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE