UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br>    Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC, <br><br>    Defendant. | No. C 20-08103 WHA <br><br> **ORDER DENYING EX PARTE REQUEST FOR RELIEF** |

Plaintiff's emergency *ex parte* motion to delay the deposition of Karl Kenna is **DENIED**.

**SO ORDERED.**

Dated: January 26, 2022.

/s/ Harold McElhinny
Harold J. McElhinny
SPECIAL MASTER