UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MASTEROBJECTS, INC.,

    Plaintiff,

v.

AMAZON.COM, INC,

    Defendant.

No. C 20-08103 WHA

**FURTHER ORDER RE AMAZON'S MOTION FOR SANCTIONS**

In its opening brief, Amazon must candidly and frankly deal with the assertion by MasterObjects that the pertinent disclosures in the 2011 litigation between the parties were only protected by Federal Rule of Evidence 408 and not protected by any protective order or any other agreement. Do not save this material for reply and instead deal with it up front.

Further, both parties should cite to specific written agreements or written documents that place the disclosures under a protective order or other written agreement. What counsel "understood" will not carry the day.

**IT IS SO ORDERED.**

Dated: February 15, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE