Moez M. Kaba, CA State Bar No. 257456
mkaba@hueston.com
Rami Bachour, CA State Bar No. 324844
rbachour@hueston.com
HUESTON HENNIGAN LLP
523 West 6th St., Suite 400
Los Angeles, CA 90014
Telephone:   (213) 788-4340
Facsimile:   (888) 775-0898

Douglas J. Dixon, CA State Bar No. 275389
ddixon@hueston.com
Christina V. Rayburn, CA State Bar No. 255467
crayburn@hueston.com
Neil G. Anderson, CA State Bar No. 307668
nanderson@hueston.com
Thomas B. King, CA State Bar No. 241661
tking@hueston.com
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:   (949) 229-8640
Facsimile:   (888) 775-0898

Attorneys for Defendant
AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| MASTEROBJECTS, INC.,<br><br>       Plaintiff,<br><br>  vs.<br><br>AMAZON.COM, INC.,<br><br>       Defendant. | Case No. 3:20-cv-08103-WHA<br><br>Judge William H. Alsup<br>Courtroom: 12<br><br>**SUPPLEMENTAL DECLARATION OF CHRISTINA V. RAYBURN IN SUPPORT OF DEFENDANT AMAZON.COM, INC.'S REPLY RE: MOTION FOR TERMINATING SANCTIONS DUE TO MASTEROBJECTS' UNCLEAN HANDS**<br><br>Complaint Filed: May 5, 2020<br>Trial Date: October 17, 2022<br>Hearing:  April 6, 2022 at 10:00 am |

- 1 -

Case No.  3:20-cv-08103-WHA
SUPPL. DECL. OF CHRISTINA V. RAYBURN ISO AMAZON'S REPLY RE: MASTEROBJECTS' UNCLEAN HANDS
6152668

## SUPPLEMENTAL DECLARATION OF CHRISTINA V. RAYBURN

I, Christina V. Rayburn, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court. I am a member of the law firm of Hueston Hennigan LLP, counsel of record for Amazon.com, Inc. in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached as **Exhibit 28** is a true and correct copy of excerpts from MasterObjects' Supplemental Privilege Log, dated January 6, 2022.

3. Attached as **Exhibit 29** is a true and correct copy of my follow up email to Spencer Hosie, dated February 16, 2022.

4. Attached as **Exhibit 30** is a true and correct copy of AMZNMO_00059419, which is the Preliminary Amendment for U.S. Patent No. 8,539,024 B2, dated July 23, 2012.

5. Attached as **Exhibit 31** is a true and correct copy of my email chain with Mike Carroll and Spencer Hosie, dated February 16, 2022.

6. Attached as **Exhibit 32** is a true and correct copy of Thomas King's letter to Spencer Hosie, dated February 21, 2022

7. Attached as **Exhibit 33** is a true and correct copy of Spencer Hosie's email chain with Thomas King and Neil Anderson, dated February 23, 2022.

8. Attached as **Exhibit 34** is a true and correct copy of my email chain with Spencer Hosie and Mike Carroll, dated March 14, 2022.

9. Attached as **Exhibit 35** is a true and correct copy of Spencer Hosie's response to Thomas King's follow up email, dated March 14, 2022.

10. Attached as **Exhibit 36** is a true and correct copy of Spencer Hosie's email regarding MasterObjects' March 2, 2022 production of a tranche of waived documents. Hosie Declaration Exhibits I and J were produced with this tranche of documents as, respectively, MO_051125 and MO_051128.

- 2 -

Case No. 3:20-cv-08103-WHA
SUPPL. DECL. OF CHRISTINA V. RAYBURN ISO AMAZON'S REPLY RE: MASTEROBJECTS' UNCLEAN HANDS
6152668

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on this 14th day of March, 2022, at Laguna Beach, California.

                                                            */s/ Christina V. Rayburn*
                                                             Christina V. Rayburn

- 3 -

Case No.  3:20-cv-08103-WHA
SUPPL. DECL. OF CHRISTINA V. RAYBURN ISO AMAZON'S REPLY RE: MASTEROBJECTS' UNCLEAN HANDS
6152668