# EXHIBIT 28

| Document No. | Date | Email From | Email To | Email CC | Subject | Source | Location | Persons Conducting Search | Search Responsibility | Privilege Claim | Steps Taken to Ensure the Confidentiality of the Communication |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 399 | 7/11/2011 19:43 | Spencer Hosie [shosie@hosielaw.com] | Jerry Shaw [jshaw@hosielaw.com] | whassebrock@venturecatalyst.net;William Nelson [wnelson@hosielaw.com]; Mark H. Smit (MasterObjects) [mark.smit@masterobjects.com];George Bishop [gbishop@hosielaw.com]; Diane Rice [drice@hosielaw.com];Martin C. Fliesler [mcf@fdml.com];Lynne Rose [lrose@hosielaw.com] | Re: Privileged and Confidential: Microsoft answer and counterclaim | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 400 | 7/11/2011 19:49 | Spencer Hosie [shosie@hosielaw.com] | mark.smit@masterobjects.com;Martin C. Fliesler [mcf@fdml.com];William Hassebrock [whassebrock@venturecatalyst.net] | Lynne Rose [lrose@hosielaw.com] | Fwd: MO-Msft's Counterclaims | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 401 | 7/12/2011 1:34 | W. Hassebrock [whassebrock@venturecatalyst.net] | 'Jerry Shaw' [jshaw@hosielaw.com];'Spencer Hosie' [shosie@hosielaw.com] | 'William Nelson' [wnelson@hosielaw.com]; 'Mark H. Smit (MasterObjects)' [mark.smit@masterobjects.com];'George Bishop' [gbishop@hosielaw.com];'Diane Rice' [drice@hosielaw.com];'Martin C. Fliesler' [mcf@fdml.com];'Lynne Rose' [lrose@hosielaw.com] | RE: Privileged and Confidential: Microsoft answer and counterclaim | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 402 | 7/12/2011 9:21 | Martin C. Fliesler [mcf@fdml.com] | Spencer Hosie [shosie@hosielaw.com];Jerry Shaw [jshaw@hosielaw.com] | whassebrock@venturecatalyst.net;William Nelson [wnelson@hosielaw.com]; Mark H. Smit (MasterObjects) [mark.smit@masterobjects.com];George Bishop [gbishop@hosielaw.com]; Diane Rice [drice@hosielaw.com];Lynne Rose [lrose@hosielaw.com] | Privileged and Confidential: Microsoft answer and counterclaim | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 403 | 7/12/2011 12:23 | Reuters_News@reuters.com | mfliesler@fdml.com; smit@masterobjects.com [smit@masterobjects.com] | pcukor@pmcassoc.com | Reuters.com - Exclusive: Apple chief patent lawyer to leave | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 404 | 7/12/2011 19:02 | Martin C. Fliesler [mcf@fdml.com] | Reuters_News@reuters.com;smit@masterobjects.com | pcukor@pmcassoc.com | Reuters.com - Exclusive: Apple chief patent lawyer to leave | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |

| Document No. | Date | Email From | Email To | Email CC | Subject | Source | Location | Persons Conducting Search | Search Responsibility | Privilege Claim | Steps Taken to Ensure the Confidentiality of the Communication |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 405 | 7/13/2011 10:29 | Spencer Hosie [shosie@hosielaw.com] | Mark H. Smit (MasterObjects) [mark.smit@masterobjects.com];William Nelson [wnelson@hosielaw.com] | | RE: Travel schedules | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 406 | 7/13/2011 18:46 | Spencer Hosie [shosie@hosielaw.com] | William Nelson [wnelson@hosielaw.com];mark.smit@masterobjects.com;whassebrock@venturecatalyst.net;mcf@fdml.com | George Bishop [gbishop@hosielaw.com] | RE: MasterObjects/Google: Draft Case Management Statement | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 407 | 7/14/2011 4:05 | Mark H. Smit (MasterObjects) [mark.smit@masterobjects.com] | William Nelson [wnelson@hosielaw.com] | whassebrock@venturecatalyst.net;mcf@fdml.com;Spencer Hosie [shosie@hosielaw.com];George Bishop [gbishop@hosielaw.com] | MasterObjects employees | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 408 | 7/14/2011 4:16 | W. Hassebrock [whassebrock@venturecatalyst.net] | 'William Nelson' [wnelson@hosielaw.com];mark.smit@masterobjects.com;mcf@fdml.com | 'Spencer Hosie' [shosie@hosielaw.com];'George Bishop' [gbishop@hosielaw.com] | RE: MasterObjects/Google: Draft Case Management Statement | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 409 | 7/14/2011 5:05 | Spencer Hosie [shosie@hosielaw.com] | Mark H. Smit (MasterObjects) [mark.smit@masterobjects.com] | William Nelson [wnelson@hosielaw.com];whassebrock@venturecatalyst.net;mcf@fdml.com;George Bishop [gbishop@hosielaw.com] | Re: MasterObjects employees | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 410 | 7/14/2011 5:18 | Mark H. Smit (MasterObjects) [mark.smit@masterobjects.com] | Spencer Hosie [shosie@hosielaw.com] | William Nelson [wnelson@hosielaw.com];whassebrock@venturecatalyst.net;mcf@fdml.com;George Bishop [gbishop@hosielaw.com] | Re: MasterObjects employees | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 411 | 7/14/2011 5:21 | Spencer Hosie [shosie@hosielaw.com] | Mark H. Smit (MasterObjects) [mark.smit@masterobjects.com] | William Nelson [wnelson@hosielaw.com];whassebrock@venturecatalyst.net;mcf@fdml.com;George Bishop [gbishop@hosielaw.com];drice@hosielaw.com | Re: MasterObjects employees | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 412 | 7/14/2011 9:17 | William Nelson [wnelson@hosielaw.com] | Mark H. Smit (MasterObjects) [mark.smit@masterobjects.com] | whassebrock@venturecatalyst.net;mcf@fdml.com;Spencer Hosie [shosie@hosielaw.com];George Bishop [gbishop@hosielaw.com] | Re: MasterObjects employees | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |

| Document No. | Date | Email From | Email To | Email CC | Subject | Source | Location | Persons Conducting Search | Search Responsibility | Privilege Claim | Steps Taken to Ensure the Confidentiality of the Communication |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 413 | 7/14/2011 18:35 | Spencer Hosie [shosie@hosielaw.com] | Martin C. Fliesler [mcf@fdml.com];mark.smit@masterobjects.com;whassebrock@venturecatalyst.net | Lynne Rose [lrose@hosielaw.com] | RE: MasterObjects v. Google, Discovery | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 414 | 7/14/2011 18:40 | Spencer Hosie [shosie@hosielaw.com] | Martin C. Fliesler [mcf@fdml.com];mark.smit@masterobjects.com;whassebrock@venturecatalyst.net | Lynne Rose [lrose@hosielaw.com] | RE: MasterObjects v. Google, Discovery | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 415 | 7/14/2011 19:07 | Spencer Hosie [shosie@hosielaw.com] | Martin C. Fliesler [mcf@fdml.com];mark.smit@masterobjects.com;whassebrock@venturecatalyst.net | Lynne Rose [lrose@hosielaw.com] | RE: MasterObjects v. Google, Discovery | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 416 | 7/15/2011 12:13 | Martin C. Fliesler [mcf@fdml.com] | William Nelson [wnelson@hosielaw.com];mark.smit@masterobjects.com | whassebrock@venturecatalyst.net;Spencer Hosie [shosie@hosielaw.com];George Bishop [gbishop@hosielaw.com] | MasterObjects v. Google | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 417 | 7/18/2011 14:58 | Spencer Hosie [shosie@hosielaw.com] | mark.smit@masterobjects.com;mcf@fdml.com;whassebrock@venturecatalyst.net | | amz update | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 418 | 7/18/2011 15:09 | Martin C. Fliesler [mcf@fdml.com] | Spencer Hosie [shosie@hosielaw.com];mark.smit@masterobjects.com;whassebrock@venturecatalyst.net | | amz update | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 419 | 7/18/2011 15:21 | Spencer Hosie [shosie@hosielaw.com] | Martin C. Fliesler [mcf@fdml.com];mark.smit@masterobjects.com;whassebrock@venturecatalyst.net | | RE: amz update | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 420 | 7/18/2011 16:34 | Martin C. Fliesler [mcf@fdml.com] | Spencer Hosie [shosie@hosielaw.com];mark.smit@masterobjects.com;whassebrock@venturecatalyst.net | George Bishop [gbishop@hosielaw.com] | Email chain regarding Yahoo! | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |

| Document No. | Date | Email From | Email To | Email CC | Subject | Source | Location | Persons Conducting Search | Search Responsibility | Privilege Claim | Steps Taken to Ensure the Confidentiality of the Communication |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 421 | 7/18/2011 16:34 | Spencer Hosie [shosie@hosielaw.com] | mark.smit@masterobjects.com;mcf@fdml.com;whassebrock@venturecatalyst.net | George Bishop [gbishop@hosielaw.com] | Email regarding Yahoo! | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 422 | 7/18/2011 16:44 | Spencer Hosie [shosie@hosielaw.com] | Martin C. Fliesler [mcf@fdml.com];mark.smit@masterobjects.com;whassebrock@venturecatalyst.net | George Bishop [gbishop@hosielaw.com] | Email chain regarding Yahoo! | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 423 | 7/18/2011 17:33 | Martin C. Fliesler [mcf@fdml.com] | Lynne Rose [lrose@hosielaw.com];mark.smit@masterobjects.com; whassebrock@venturecatalyst.net | | MasterObjects v. Yahoo | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 424 | 7/19/2011 13:25 | Spencer Hosie [shosie@hosielaw.com] | mark.smit@masterobjects.com;mcf@fdml.com;whassebrock@venturecatalyst.net | George Bishop [gbishop@hosielaw.com]; Diane Rice [drice@hosielaw.com] | Yahoo | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 425 | 7/19/2011 13:31 | W. Hassebrock [whassebrock@venturecatalyst.net] | shosie@hosielaw.com;mark.smit@masterobjects.com;mcf@fdml.com | gbishop@hosielaw.com;drice@hosielaw.com | Re:Yahoo | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 426 | 7/19/2011 13:32 | Martin C. Fliesler [mcf@fdml.com] | Spencer Hosie [shosie@hosielaw.com];mark.smit@masterobjects.com; whassebrock@venturecatalyst.net | George Bishop [gbishop@hosielaw.com]; Diane Rice [drice@hosielaw.com] | Yahoo | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 427 | 7/19/2011 13:34 | Spencer Hosie [shosie@hosielaw.com] | W. Hassebrock [whassebrock@venturecatalyst.net];mark.smit@masterobjects.com;mcf@fdml.com | George Bishop [gbishop@hosielaw.com]; Diane Rice [drice@hosielaw.com] | RE: Yahoo | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 428 | 7/19/2011 13:44 | Spencer Hosie [shosie@hosielaw.com] | Martin C. Fliesler [mcf@fdml.com];mark.smit@masterobjects.com;whassebrock@venturecatalyst.net | George Bishop [gbishop@hosielaw.com]; Diane Rice [drice@hosielaw.com] | RE: Yahoo | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |

| Document No. | Date | Email From | Email To | Email CC | Subject | Source | Location | Persons Conducting Search | Search Responsibility | Privilege Claim | Steps Taken to Ensure the Confidentiality of the Communication |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 429 | 7/19/2011 15:34 | Mark H. Smit [smit@me.com] | Spencer Hosie [shosie@hosielaw.com] | Martin C. Fliesler [mcf@fdml.com];<mark.smit@masterobjects.com> [mark.smit@masterobjects.com];<whassebrock@venturecatalyst.net> [whassebrock@venturecatalyst.net];George Bishop [gbishop@hosielaw.com]; Diane Rice [drice@hosielaw.com] | Re: Yahoo | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 430 | 7/19/2011 15:51 | Spencer Hosie [shosie@hosielaw.com] | Mark H. Smit [smit@me.com] | Martin C. Fliesler [mcf@fdml.com];mark.smit@masterobjects.com;whassebrock@venturecatalyst.net;George Bishop [gbishop@hosielaw.com]; Diane Rice [drice@hosielaw.com] | RE: Yahoo | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 431 | 7/19/2011 19:06 | Spencer Hosie [shosie@hosielaw.com] | mark.smit@masterobjects.com;mcf@fdml.com;whassebrock@venturecatalyst.net | | Email regarding Amazon | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 432 | 7/19/2011 19:08 | Martin C. Fliesler [mcf@fdml.com] | Spencer Hosie [shosie@hosielaw.com];mark.smit@masterobjects.com;whassebrock@venturecatalyst.net | | Email chain regarding Amazon | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 433 | 7/19/2011 19:27 | Martin C. Fliesler [mcf@fdml.com] | Spencer Hosie [shosie@hosielaw.com] | mark.smit@masterobjects.com;whassebrock@venturecatalyst.net | Teleconference | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 434 | 7/19/2011 19:30 | Spencer Hosie [shosie@hosielaw.com] | Martin C. Fliesler [mcf@fdml.com] | mark.smit@masterobjects.com;whassebrock@venturecatalyst.net | Email chain regarding Amazon | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 435 | 7/19/2011 19:43 | Spencer Hosie [shosie@hosielaw.com] | Martin C. Fliesler [mcf@fdml.com] | mark.smit@masterobjects.com;whassebrock@venturecatalyst.net | Re: Teleconference | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |

MasterObjects Supplemental Privilege Log

| Document No. | Date | Email From | Email To | Email CC | Subject | Source | Location | Persons Conducting Search | Search Responsibility | Privilege Claim | Steps Taken to Ensure the Confidentiality of the Communication |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 436 | 7/19/2011 22:15 | Mark H. Smit [smit@me.com] | Spencer Hosie [shosie@hosielaw.com] | Martin C. Fliesler [mcf@fdml.com];<mark.smit@masterobjects.com> [mark.smit@masterobjects.com];<whassebrock@venturecatalyst.net> [whassebrock@venturecatalyst.net] | Email chain regarding Amazon | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 437 | 7/19/2011 22:24 | Spencer Hosie [shosie@hosielaw.com] | Mark H. Smit [smit@me.com] | Martin C. Fliesler [mcf@fdml.com];mark.smit@masterobjects.com;whassebrock@venturecatalyst.net | Email chain regarding Amazon | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 438 | 7/20/2011 1:48 | W. Hassebrock [whassebrock@venturecatalyst.net] | 'Spencer Hosie' [shosie@hosielaw.com] | 'Martin C. Fliesler' [mcf@fdml.com];mark.smit@masterobjects.com | Email chain regarding Amazon | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 439 | 7/20/2011 1:51 | W. Hassebrock [whassebrock@venturecatalyst.net] | 'Spencer Hosie' [shosie@hosielaw.com];mark.smit@masterobjects.com;mcf@fdml.com | | Email chain regarding Amazon | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 440 | 7/20/2011 9:11 | Spencer Hosie [shosie@hosielaw.com] | whassebrock@venturecatalyst.net | Martin C. Fliesler [mcf@fdml.com];mark.smit@masterobjects.com | Email chain regarding Amazon | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 441 | 7/20/2011 9:12 | Spencer Hosie [shosie@hosielaw.com] | whassebrock@venturecatalyst.net | mark.smit@masterobjects.com;mcf@fdml.com | Email chain regarding Amazon | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 442 | 7/20/2011 10:19 | Martin C. Fliesler [mcf@fdml.com] | Spencer Hosie [shosie@hosielaw.com];whassebrock@venturecatalyst.net | mark.smit@masterobjects.com | Ask.com | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |

| Document No. | Date | Email From | Email To | Email CC | Subject | Source | Location | Persons Conducting Search | Search Responsibility | Privilege Claim | Steps Taken to Ensure the Confidentiality of the Communication |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 443 | 7/20/2011 12:11 | Spencer Hosie [shosie@hosielaw.com] | Martin C. Fliesler [mcf@fdml.com] | whassebrock@venturecatalyst.net;mark.smit@masterobjects.com | Re: Ask.com | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 444 | 7/20/2011 15:34 | William Nelson [wnelson@hosielaw.com] | Mark H. Smit (MasterObjects) [mark.smit@masterobjects.com];Spencer Hosie [shosie@hosielaw.com] | whassebrock@venturecatalyst.net;mcf@fdml.com;George Bishop [gbishop@hosielaw.com] | MasterObjects/Amazon | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 445 | 7/21/2011 9:44 | Martin C. Fliesler [mcf@fdml.com] | whassebrock@venturecatalyst.net;Spencer Hosie [shosie@hosielaw.com] | mark.smit@masterobjects.com | Conference Call | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 446 | 7/21/2011 10:10 | W. Hassebrock [whassebrock@venturecatalyst.net] | 'Spencer Hosie' [shosie@hosielaw.com] | 'Martin C. Fliesler' [mcf@fdml.com];mark.smit@masterobjects.com | Email chain regarding Amazon | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 447 | 7/21/2011 10:22 | Mark H. Smit [smit@me.com] | <whassebrock@venturecatalyst.net> [whassebrock@venturecatalyst.net] | Spencer Hosie [shosie@hosielaw.com];Martin C. Fliesler [mcf@fdml.com];<mark.smit@masterobjects.com> [mark.smit@masterobjects.com] | Email chain regarding Amazon | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 448 | 7/21/2011 10:35 | Janine DeAndre [jdeAndre@hosielaw.com] | Spencer Hosie [shosie@hosielaw.com];Jerry Shaw [jshaw@hosielaw.com];whassebrock@venturecatalyst.net;mark.smit@masterobjects.com | Lynne Rose [lrose@hosielaw.com] | Conference Call Today | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 449 | 7/21/2011 10:37 | Spencer Hosie [shosie@hosielaw.com] | Janine DeAndre [jdeAndre@hosielaw.com] | Jerry Shaw [jshaw@hosielaw.com];whassebrock@venturecatalyst.net;mark.smit@masterobjects.com;Lynne Rose [lrose@hosielaw.com];Martin C. Fliesler [mcf@fdml.com] | Re: Conference Call Today | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 450 | 7/21/2011 10:42 | Martin C. Fliesler [mcf@fdml.com] | Spencer Hosie [shosie@hosielaw.com];Janine DeAndre [jdeAndre@hosielaw.com] | Jerry Shaw [jshaw@hosielaw.com];whassebrock@venturecatalyst.net;mark.smit@masterobjects.com;Lynne Rose [lrose@hosielaw.com] | RE: Conference Call Today | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |

MasterObjects Supplemental Privilege Log

| Document No. | Date | Email From | Email To | Email CC | Subject | Source | Location | Persons Conducting Search | Search Responsibility | Privilege Claim | Steps Taken to Ensure the Confidentiality of the Communication |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 451 | 7/21/2011 11:31 | Spencer Hosie [shosie@hosielaw.com] | Will Nelson [wnelson@hosielaw.com];mark.smit@masterobjects.com | | Email regarding meeting | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 452 | 7/24/2011 12:48 | Martin C. Fliesler [mcf@fdml.com] | Spencer Hosie [shosie@hosielaw.com];mark.smit@masterobjects.com; whassebrock@venturecatalyst.net | Diane Rice [drice@hosielaw.com];George Bishop [gbishop@hosielaw.com]; William Nelson [wnelson@hosielaw.com] | AMZ | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 453 | 7/24/2011 12:50 | Spencer Hosie [shosie@hosielaw.com] | mark.smit@masterobjects.com;mcf@fdml.com;whassebrock@venturecatalyst.net | Diane Rice [drice@hosielaw.com];George Bishop [gbishop@hosielaw.com]; William Nelson [wnelson@hosielaw.com] | AMZ | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 454 | 7/24/2011 13:06 | Spencer Hosie [shosie@hosielaw.com] | Martin C. Fliesler [mcf@fdml.com] | mark.smit@masterobjects.com;whassebrock@venturecatalyst.net;Diane Rice [drice@hosielaw.com];George Bishop [gbishop@hosielaw.com]; William Nelson [wnelson@hosielaw.com] | Re: AMZ | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 455 | 7/24/2011 13:11 | W. Hassebrock [whassebrock@venturecatalyst.net] | 'Spencer Hosie' [shosie@hosielaw.com];mark.smit@masterobjects.com; mcf@fdml.com | 'Diane Rice' [drice@hosielaw.com];'George Bishop' [gbishop@hosielaw.com];'William Nelson' [wnelson@hosielaw.com] | RE: AMZ | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 456 | 7/24/2011 13:14 | W. Hassebrock [whassebrock@venturecatalyst.net] | 'Spencer Hosie' [shosie@hosielaw.com];'Martin C. Fliesler' [mcf@fdml.com] | mark.smit@masterobjects.com;'Diane Rice' [drice@hosielaw.com];'George Bishop' [gbishop@hosielaw.com];'William Nelson' [wnelson@hosielaw.com] | RE: AMZ | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 457 | 7/24/2011 13:20 | Martin C. Fliesler [mcf@fdml.com] | Spencer Hosie [shosie@hosielaw.com] | mark.smit@masterobjects.com;whassebrock@venturecatalyst.net;Diane Rice [drice@hosielaw.com];George Bishop [gbishop@hosielaw.com]; William Nelson [wnelson@hosielaw.com] | AMZ | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |

MasterObjects Supplemental Privilege Log

| Document No. | Date | Email From | Email To | Email CC | Subject | Source | Location | Persons Conducting Search | Search Responsibility | Privilege Claim | Steps Taken to Ensure the Confidentiality of the Communication |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 458 | 7/24/2011 13:30 | Spencer Hosie [shosie@hosielaw.com] | whassebrock@venturecatalyst.net | mark.smit@masterobjects.com;mcf@fdml.com;Diane Rice [drice@hosielaw.com];George Bishop [gbishop@hosielaw.com];William Nelson [wnelson@hosielaw.com] | Re: AMZ | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 459 | 7/24/2011 13:32 | Spencer Hosie [shosie@hosielaw.com] | whassebrock@venturecatalyst.net | Martin C. Fliesler [mcf@fdml.com];mark.smit@masterobjects.com;Diane Rice [drice@hosielaw.com];George Bishop [gbishop@hosielaw.com];William Nelson [wnelson@hosielaw.com] | Re: AMZ | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 460 | 7/24/2011 13:48 | W. Hassebrock [whassebrock@venturecatalyst.net] | 'Spencer Hosie' [shosie@hosielaw.com] | mark.smit@masterobjects.com;mcf@fdml.com;'Diane Rice' [drice@hosielaw.com];'George Bishop' [gbishop@hosielaw.com];'William Nelson' [wnelson@hosielaw.com] | RE: AMZ | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 461 | 7/24/2011 13:50 | Spencer Hosie [shosie@hosielaw.com] | whassebrock@venturecatalyst.net | mark.smit@masterobjects.com;mcf@fdml.com;Diane Rice [drice@hosielaw.com];George Bishop [gbishop@hosielaw.com];William Nelson [wnelson@hosielaw.com] | Re: AMZ | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 462 | 7/24/2011 13:54 | W. Hassebrock [whassebrock@venturecatalyst.net] | 'Martin C. Fliesler' [mcf@fdml.com];'Spencer Hosie' [shosie@hosielaw.com] | mark.smit@masterobjects.com;'Diane Rice' [drice@hosielaw.com];'George Bishop' [gbishop@hosielaw.com];'William Nelson' [wnelson@hosielaw.com] | RE: AMZ | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 463 | 7/24/2011 14:53 | Spencer Hosie [shosie@hosielaw.com] | Martin C. Fliesler [mcf@fdml.com] | mark.smit@masterobjects.com;whassebrock@venturecatalyst.net;Diane Rice [drice@hosielaw.com];George Bishop [gbishop@hosielaw.com];William Nelson [wnelson@hosielaw.com] | Re: AMZ | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 464 | 7/24/2011 15:25 | Martin C. Fliesler [mcf@fdml.com] | Spencer Hosie [shosie@hosielaw.com] | mark.smit@masterobjects.com;whassebrock@venturecatalyst.net;Diane Rice [drice@hosielaw.com];George Bishop [gbishop@hosielaw.com];William Nelson [wnelson@hosielaw.com] | AMZ | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |

| Document No. | Date | Email From | Email To | Email CC | Subject | Source | Location | Persons Conducting Search | Search Responsibility | Privilege Claim | Steps Taken to Ensure the Confidentiality of the Communication |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 465 | 7/24/2011 15:34 | Spencer Hosie [shosie@hosielaw.com] | Martin C. Fliesler [mcf@fdml.com] | mark.smit@masterobjects.com;whassebrock@venturecatalyst.net;Diane Rice [drice@hosielaw.com];George Bishop [gbishop@hosielaw.com];William Nelson [wnelson@hosielaw.com] | Re: AMZ | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 466 | 7/24/2011 15:45 | W. Hassebrock [whassebrock@venturecatalyst.net] | 'Spencer Hosie' [shosie@hosielaw.com];'Martin C. Fliesler' [mcf@fdml.com] | mark.smit@masterobjects.com;'Diane Rice' [drice@hosielaw.com];'George Bishop' [gbishop@hosielaw.com];'William Nelson' [wnelson@hosielaw.com] | RE: AMZ | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 467 | 7/24/2011 15:49 | Spencer Hosie [shosie@hosielaw.com] | whassebrock@venturecatalyst.net | Martin C. Fliesler [mcf@fdml.com];mark.smit@masterobjects.com;Diane Rice [drice@hosielaw.com];George Bishop [gbishop@hosielaw.com];William Nelson [wnelson@hosielaw.com] | Re: AMZ | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 468 | 7/24/2011 21:49 | Mark H. Smit [smit@me.com] | Spencer Hosie [shosie@hosielaw.com] | <whassebrock@venturecatalyst.net> [whassebrock@venturecatalyst.net];Martin C. Fliesler [mcf@fdml.com];<mark.smit@masterobjects.com> [mark.smit@masterobjects.com];DianeRice [drice@hosielaw.com];George Bishop [gbishop@hosielaw.com];WilliamNelson [wnelson@hosielaw.com] | Re: AMZ | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |
| 469 | 7/24/2011 22:50 | Spencer Hosie [shosie@hosielaw.com] | Mark H. Smit [smit@me.com] | whassebrock@venturecatalyst.net;Martin C. Fliesler [mcf@fdml.com];mark.smit@masterobjects.com;DianeRice [drice@hosielaw.com];George Bishop [gbishop@hosielaw.com];WilliamNelson [wnelson@hosielaw.com] | Re: AMZ | Mark Smit | Mark Smit Computer | Mark Smit and Mike Carroll | Emails with MasterObjects' counsel | Attorney-Client | MasterObjects affirms, based on its counsel's present knowledge, that no unauthorized persons have received the communication. As evident from the senders and recipients identified on the document's face, care was taken not to copy disinterested persons on the communication. |