# EXHIBIT 34

| | |
|---|---|
| **From:** | Christina V. Rayburn |
| **To:** | Spencer Hosie; Mike Carroll; Thomas King; Amazon/MasterObjects [INT]; Diane Rice; Darrell Atkinson |
| **Cc:** | Moez M. Kaba |
| **Subject:** | RE: Redaction vs print error. |
| **Date:** | Monday, March 14, 2022 12:58:21 PM |

Spencer, Mike showed me the printing issue he was experiencing.  He also confirmed that Hosie Rice does not have a native copy of the document, despite your promise of February 23 that you would produce one.  Have you requested the native from Mr. Nelson?

**Christina V. Rayburn**
D: 949.356.6412

**From:** Spencer Hosie <shosie@hosielaw.com>
**Sent:** Monday, March 14, 2022 12:11 PM
**To:** Christina V. Rayburn <crayburn@hueston.com>; Mike Carroll <mcarroll@hosielaw.com>; Thomas King <tking@hueston.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>; Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>
**Subject:** Re: Redaction vs print error.

Mike.  All yours. Show them how it prints.
  Ms Rayburn: pls make sure that this  proof is in your brief.

Get Outlook for iOS

**From:** Christina V. Rayburn <crayburn@hueston.com>
**Sent:** Monday, March 14, 2022 12:07:34 PM
**To:** Spencer Hosie <shosie@hosielaw.com>; Mike Carroll <mcarroll@hosielaw.com>; Thomas King <tking@hueston.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>; Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>
**Subject:** RE: Redaction vs print error.

I will start this meeting now.  Mike, please let me know if you are unable to join.

Christy Rayburn is inviting you to a scheduled Zoom meeting.

Topic: My Meeting
Time: Mar 14, 2022 12:00 PM Pacific Time (US and Canada)

Join Zoom Meeting
https://zoom.us/j/99072533261?pwd=WW9EbXE2QUlyQmlJc2crRER0UjRPUT09

Meeting ID: 990 7253 3261

Passcode: FEfm00

**Christina V. Rayburn**

**HUESTON HENNIGAN LLP**

D: 949.356.6412
crayburn@hueston.com
Biography

---

**From:** Spencer Hosie <shosie@hosielaw.com>
**Sent:** Monday, March 14, 2022 11:46 AM
**To:** Mike Carroll <mcarroll@hosielaw.com>; Christina V. Rayburn <crayburn@hueston.com>; Thomas King <tking@hueston.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>; Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>
**Subject:** Re: Redaction vs print error.

Pls set up the zoom.

Get Outlook for iOS

---

**From:** Mike Carroll <mcarroll@hosielaw.com>
**Sent:** Monday, March 14, 2022 11:45:25 AM
**To:** Spencer Hosie <shosie@hosielaw.com>; Christina V. Rayburn <crayburn@hueston.com>; Thomas King <tking@hueston.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>; Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>
**Subject:** RE: Redaction vs print error.

Attached is the file as we received it from Will Nelson.

--Mike

---

**From:** Spencer Hosie <shosie@hosielaw.com>
**Sent:** Monday, March 14, 2022 11:44 AM
**To:** Christina V. Rayburn <crayburn@hueston.com>; Mike Carroll <mcarroll@hosielaw.com>; Thomas King <tking@hueston.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>; Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>
**Subject:** Re: Redaction vs print error.

Mike.  Forward the native file

Get Outlook for iOS

**From:** Christina V. Rayburn <crayburn@hueston.com>
**Sent:** Monday, March 14, 2022 11:41:28 AM
**To:** Spencer Hosie <shosie@hosielaw.com>; Mike Carroll <mcarroll@hosielaw.com>; Thomas King <tking@hueston.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>; Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>
**Subject:** RE: Redaction vs print error.

Will do.  First, we would like to receive the native file.  We have not yet received that.

**Christina V. Rayburn**

**HUESTON HENNIGAN** LLP

D: 949.356.6412
crayburn@hueston.com
Biography

**From:** Spencer Hosie <shosie@hosielaw.com>
**Sent:** Monday, March 14, 2022 11:39 AM
**To:** Mike Carroll <mcarroll@hosielaw.com>; Christina V. Rayburn <crayburn@hueston.com>; Thomas King <tking@hueston.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>; Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>
**Subject:** Re: Redaction vs print error.

Ms Rayburn: pls do.

Get Outlook for iOS

**From:** Mike Carroll <mcarroll@hosielaw.com>
**Sent:** Monday, March 14, 2022 11:38:19 AM
**To:** Christina V. Rayburn <crayburn@hueston.com>; Spencer Hosie <shosie@hosielaw.com>; Thomas King <tking@hueston.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>; Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>
**Subject:** RE: Redaction vs print error.

If somebody sets up the Zoom call, I can show the issue with the printing.

**From:** Christina V. Rayburn <crayburn@hueston.com>
**Sent:** Monday, March 14, 2022 11:22 AM
**To:** Spencer Hosie <shosie@hosielaw.com>; Thomas King <tking@hueston.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>; Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>; Mike Carroll <mcarroll@hosielaw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>
**Subject:** RE: Redaction vs print error.

Spencer,

This explanation is very confusing to us. Can you send us the native so we can try to print it on our own end? (We have still not received the native, despite multiple requests.) Additionally, we can get on a Zoom call right now, so we can see you print the document.

Best,
Christy


**Christina V. Rayburn**

_____

**HUESTON HENNIGAN** LLP

D: 949.356.6412
crayburn@hueston.com
Biography

---

**From:** Spencer Hosie <shosie@hosielaw.com>
**Sent:** Monday, March 14, 2022 11:13 AM
**To:** Thomas King <tking@hueston.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>; Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>; Mike Carroll <mcarroll@hosielaw.com>
**Subject:** Redaction vs print error.

You are welcome to send a lawyer to our office and watch us print this document.   The first para will not appear.  Period.   We redacted nothing.  Thos was a pure print error, corrected by the prompt production of the native.
   Pls include this   offer and explanation in your brief, if you ( once again) baselessly accuse us of misconduct.  You will be misleading the Court otherwise.
Get Outlook for iOS

---

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.