# EXHIBIT 35

## Thomas King

| | |
|---|---|
| **From:** | Spencer Hosie <shosie@hosielaw.com> |
| **Sent:** | Monday, March 14, 2022 8:01 AM |
| **To:** | Thomas King; Mike Carroll; Christina V. Rayburn; Amazon/MasterObjects [INT] |
| **Cc:** | Diane Rice; Darrell Atkinson; Jerry Shaw |
| **Subject:** | Re: MasterObjects, Inc. v. Amazon.com, Inc. |

When printed, this document dropped the first paragraph.   We did not redact anything.   At your request, we checked the native version, which fixed the issue.
 What filing?
 And  are we cleared to send the Friday letter to the Special Master?

Get Outlook for iOS

**From:** Thomas King <tking@hueston.com>
**Sent:** Monday, March 14, 2022 7:55:10 AM
**To:** Mike Carroll <mcarroll@hosielaw.com>; Spencer Hosie <shosie@hosielaw.com>; Christina V. Rayburn <crayburn@hueston.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>
**Cc:** Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>; Jerry Shaw <jshaw@hosielaw.com>
**Subject:** RE: MasterObjects, Inc. v. Amazon.com, Inc.

Dear Counsel:

It appears settled that MO_049740 did in fact have content redacted at the beginning of the email.  *See* Hosie Dec. Ex. I.

Given your prior denials that any such redactions occurred, please advise (1) who made those redactions; and (2) when those redactions were made; (3) why those redactions were made, and (4) why both Mr. Hosie and Mr. Carroll denied that any such redactions existed.  As this pertains to our filing today, we ask that you provide this information no later than 1pm today.

Best regards,
Tom


**Thomas King**

### HUESTON HENNIGAN LLP

D: 949.287.5940
tking@hueston.com
Biography

**From:** Mike Carroll <mcarroll@hosielaw.com>
**Sent:** Wednesday, February 16, 2022 4:50 PM
**To:** Spencer Hosie <shosie@hosielaw.com>; Christina V. Rayburn <crayburn@hueston.com>; Thomas King <tking@hueston.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>
**Cc:** Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>; Jerry Shaw <jshaw@hosielaw.com>
**Subject:** RE: MasterObjects, Inc. v. Amazon.com, Inc.

Correct, I redacted the Saturday print date at the top of the email. That was the only redaction.

**From:** Spencer Hosie <shosie@hosielaw.com>
**Sent:** Wednesday, February 16, 2022 4:43 PM
**To:** Christina V. Rayburn <crayburn@hueston.com>; Mike Carroll <mcarroll@hosielaw.com>; Thomas King <tking@hueston.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>
**Cc:** Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>; Jerry Shaw <jshaw@hosielaw.com>
**Subject:** Re: MasterObjects, Inc. v. Amazon.com, Inc.

Yes from his old laptop.  Only thing redacted was a Saturday print date, correct Mike?
   You really thk we made these up?  Hh needs to be held to account.
   Will  you share the 95 Neel to Devore and the converse emails?   These will prove that our account is exactly right. If they helped you, you would mail them to me asap, obviously.
   You, and  I mean YOU as lead cousel, filed very public fraud charges against  opposing  counsel without even reading your client's own documents directly on point.

Get Outlook for iOS

**From:** Christina V. Rayburn <crayburn@hueston.com>
**Sent:** Wednesday, February 16, 2022 5:33:54 PM
**To:** Mike Carroll <mcarroll@hosielaw.com>; Thomas King <tking@hueston.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>
**Cc:** Spencer Hosie <shosie@hosielaw.com>; Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>; Jerry Shaw <jshaw@hosielaw.com>
**Subject:** RE: MasterObjects, Inc. v. Amazon.com, Inc.

Mike and counsel,

Thank you for this production.  It appears that MO_049740 has been redacted, but with a white redaction box.  Can you please confirm that that is the case, and if so, confirm that you will log the redaction as soon as possible?  In addition, can you please confirm whether the documents in this production came from Will Nelson's personal laptop?  We had understood that would be the case, but we note that the Production Cover letter states that the source of the documents is "Hosie Rise," the location of the documents is "Hosie Rice emails," and the person conducting search is "Michael Carroll, Senior Paralegal."  Finally, pursuant to Federal Rule of Civil Procedure 34(b)(2)(E), can you please provide the two non-redacted documents in their native form, and the redacted one in a form that preserves its metadata?

Best,
Christy


**Christina V. Rayburn**

**HUESTON HENNIGAN** LLP

D: 949.356.6412
crayburn@hueston.com
Biography

**From:** Mike Carroll <mcarroll@hosielaw.com>
**Sent:** Wednesday, February 16, 2022 1:21 PM

3/14/2022 9:58 AM

**To:** Christina V. Rayburn <crayburn@hueston.com>; Thomas King <tking@hueston.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>
**Cc:** Spencer Hosie <shosie@hosielaw.com>; Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>; Jerry Shaw <jshaw@hosielaw.com>
**Subject:** MasterObjects, Inc. v. Amazon.com, Inc.

Counsel:

Please find the attached production cover letter. MasterObjects' production is available for download at:
https://www.dropbox.com/sh/pblicllrk34gnhq/AACVO1112oy6TLs4yv1YP1lba?dl=0

--Mike Carroll
 Senior Paralegal
 Hosie Rice LLP

---

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.