# EXHIBIT 36

3/14/2022 6:01 PM

# Thomas King

| | |
|---|---|
| **From:** | Spencer Hosie <shosie@hosielaw.com> |
| **Sent:** | Wednesday, March 2, 2022 4:03 PM |
| **To:** | Mike Carroll; Christina V. Rayburn; Thomas King; Amazon/MasterObjects [INT] |
| **Cc:** | Diane Rice; Darrell Atkinson; Jerry Shaw |
| **Subject:** | Re: MasterObjects, Inc. v. Amazon.com, Inc. |

To be clear, this is the first tranche of the waived documents.   This  waiver was made necessary by  amazons absurd unclean hands attack, w it's our Opp due next week.


Get Outlook for iOS

**From:** Mike Carroll <mcarroll@hosielaw.com>
**Sent:** Wednesday, March 2, 2022 4:02:11 PM
**To:** Christina V. Rayburn <crayburn@hueston.com>; Thomas King <tking@hueston.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>
**Cc:** Spencer Hosie <shosie@hosielaw.com>; Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>; Jerry Shaw <jshaw@hosielaw.com>
**Subject:** MasterObjects, Inc. v. Amazon.com, Inc.

Counsel:

Please find the attached production cover letter. MasterObjects' production is available for download at:
https://www.dropbox.com/sh/5vtm4xk5b1yb3d3/AAAjJTyMnjNcuGhuIjufghAYa?dl=0

--Mike Carroll
 Senior Paralegal
 Hosie Rice LLP