Spencer Hosie (CA Bar No. 101777)
shosie@hosielaw.com
Diane S. Rice (CA Bar No. 118303)
drice@hosielaw.com
Darrell R. Atkinson (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
505 Sansome Street, Suite 1575
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*

Douglas J. Dixon, CA State Bar No. 275389
ddixon@hueston.com
Christina V. Rayburn, CA State Bar No. 255467
crayburn@hueston.com
Thomas B. King, CA State Bar No. 241661
tking@hueston.com
Neil G. Anderson, CA State Bar No. 307668
nanderson@hueston.com
Justin Sorensen
jsorensen@hueston.com
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660 Telephone: (949) 229-8640 Facsimile: (888) 775-0898

Moez M. Kaba, CA State Bar No. 257456
mkaba@hueston.com
Rami Bachour, CA State Bar No. 324844
rbachour@hueston.com
Julia Haines
jhaines@hueston.com
HUESTON HENNIGAN LLP
523 West 6th St., Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

*Attorneys for Defendant*
*AMAZON.COM, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br> Plaintiff, <br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Case No. 3:20-cv-08103-WHA <br><br> **JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO CHANGE TIME PER CIVIL L.R. 6-2** <br><br> Discovery Master: Harold J. McElhinny <br><br> Complaint Filed: May 5, 2020 <br> Trial Date: October 17, 2022 |

Plaintiff MasterObjects, Inc. ("MasterObjects") and Defendant Amazon.com, Inc. ("Amazon"), pursuant to Civil Local Rules 6-2 and 7-12, jointly submit this stipulated request for an order changing time as follows:

WHEREAS the Discovery Master set an April 8, 2022 deadline for the production of documents by MasterObjects.  *See* Special Master's Order and Report (ECF 304);

WHEREAS MasterObjects and Amazon have been in contact with third-party Google LLC's in-house counsel with respect to Google material in MasterObjects' litigation counsel's possession, which was designated by Google under a protective order in a prior case and/or filed or submitted under seal in a prior case;

WHEREAS MasterObjects has been in contact with third-party Unified Patents LLC's outside *IPR* counsel with respect to Unified material in MasterObjects' *IPR* counsel's possession, which was designated by Unified under a protective order in a prior *IPR* and/or filed or submitted under seal in a prior *IPR*;

WHEREAS MasterObjects' litigation counsel continues to seek clarity with respect to whether a particular document is part of the *Unified IPR* record and whether it is subject to any restrictions;

WHEREAS the parties and the third parties continue to meet and confer with respect to potential redactions to the above identified materials or the need for the third parties to seek a protective order from this Court if agreements cannot be reached;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, and subject to approval by the Court that: MasterObjects' deadline to produce the above identified material is extended by two weeks to April 22, 2022, by which time MasterObjects will produce the material absent a party agreement(s), the filing of a protective order(s), or a court order(s).

Dated:    April 7, 2022

 */s/ Darrell R. Atkinson*                                    */s/ Thomas B. King*

| | |
|---|---|
| SPENCER HOSIE (CA Bar No. 101777) <br> shosie@hosielaw.com <br> DIANE S. RICE (CA Bar No. 118303) <br> drice@hosielaw.com <br> DARRELL R. ATKINSON (CA Bar No. 280564) <br> datkinson@hosielaw.com <br> HOSIE RICE LLP <br> 505 Sansome Street, Suite 1575 <br> San Francisco, CA 94111 <br> (415) 247-6000 Tel. <br> (415) 247-6001 Fax <br><br> *Attorneys for Plaintiff MASTEROBJECTS, INC.* | Douglas J. Dixon, CA State Bar No. 275389 <br> ddixon@hueston.com <br> Christina V. Rayburn, CA State Bar No. 255467 <br> crayburn@hueston.com <br> Thomas B. King, CA State Bar No. 241661 <br> tking@hueston.com <br> Neil G. Anderson, CA State Bar No. 307668 <br> nanderson@hueston.com <br> Justin Sorensen <br> jsorensen@hueston.com <br> HUESTON HENNIGAN LLP <br> 620 Newport Center Drive, Suite 1300 <br> Newport Beach, CA 92660 Telephone: (949) 229-8640 Facsimile: (888) 775-0898 <br><br> Moez M. Kaba, CA State Bar No. 257456 <br> mkaba@hueston.com <br> Rami Bachour, CA State Bar No. 324844 <br> rbachour@hueston.com <br> Julia Haines <br> jhaines@hueston.com <br> HUESTON HENNIGAN LLP <br> 523 West 6th St., Suite 400 <br> Los Angeles, CA 90014 <br> Telephone: (213) 788-4340 <br> Facsimile: (888) 775-0898 <br><br> *Attorneys for Defendant AMAZON.COM, INC.* |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Date: April 7, 2022

*/s/ Darrell R. Atkinson*
Darrell R. Atkinson

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED.

Date: April 7, 2022.  /s/ Harold McElhinny
Harold J. McElhinny
Discovery Master