UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MASTEROBJECTS, INC.,

    Plaintiff,

v.

AMAZON.COM, INC,

    Defendant.

No. C 20-08103 WHA

**REQUEST FOR RESPONSE RE SELECTIVE WAIVER**

By **5:00 P.M. TODAY**, Amazon shall provide an update concerning whether any issue continues to exist concerning selective waiver, and, if so, state specifically what the issue is and the specific documents that are still being withheld.

**IT IS SO ORDERED.**

Dated: April 14, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE