UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MASTEROBJECTS, INC.,

    Plaintiff,

  v.

AMAZON.COM, INC,

    Defendant.

No. C 20-08103 WHA

**ORDER REFERRING PRIVILEGE WAIVER DISPUTE TO SPECIAL MASTER**

Upon review of the parties' responses regarding selective waiver (Dkt. Nos. 327, 328, 332), this order refers the dispute to our Special Master to determine whether, in light of MasterObjects' waiver of privilege for certain documents, any additional documents still being withheld should be produced to Amazon, as well as any other related issues, such as document redactions and issues concerning MasterObjects' privilege log. The parties shall provide a joint update regarding their progress by **APRIL 21 AT NOON**.

    **IT IS SO ORDERED.**

Dated: April 15, 2022.

                            WILLIAM ALSUP
                            UNITED STATES DISTRICT JUDGE