Spencer Hosie (CA Bar No. 101777)
shosie@hosielaw.com
Diane S. Rice (CA Bar No. 118303)
drice@hosielaw.com
Darrell R. Atkinson (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
505 Sansome Street, Suite 1575
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*

Douglas J. Dixon, CA State Bar No. 275389
ddixon@hueston.com
Christina V. Rayburn, CA State Bar No. 255467
crayburn@hueston.com
Thomas B. King, CA State Bar No. 241661
tking@hueston.com
Neil G. Anderson, CA State Bar No. 307668
nanderson@hueston.com
Justin Sorensen
jsorensen@hueston.com
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660 Telephone: (949) 229-8640 Facsimile: (888) 775-0898

Moez M. Kaba, CA State Bar No. 257456
mkaba@hueston.com
Rami Bachour, CA State Bar No. 324844
rbachour@hueston.com
Julia Haines
jhaines@hueston.com
HUESTON HENNIGAN LLP
523 West 6th St., Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

*Attorneys for Defendant*
*AMAZON.COM, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br>             Plaintiff, <br><br>    v. <br><br> AMAZON.COM, INC., <br><br>             Defendant. | Case No.  3:20-cv-08103-WHA <br><br> **JOINT STATUS REPORT REGARDING WAIVER DISPUTE** <br><br> Judge: Hon. William Alsup <br> Courtroom: 12, 19th Floor <br><br> Complaint Filed: May 5, 2020 <br> Trial Date: October 17, 2022 |

Plaintiff MasterObjects, Inc. ("MasterObjects") and Defendant Amazon.com, Inc. ("Amazon"), pursuant to ECF 333, jointly submit an update regarding their progress with respect to their waiver dispute:

1. Amazon states that shortly after the April 6, 2022 hearing on Defendant Amazon's "Motion for Terminating Sanctions Due To MasterObjects' Unclean Hands," MasterObjects produced more than 175 additional formerly privileged documents. MasterObjects states that MasterObjects produced these additional documents at Amazon's insistence as Amazon sent long lists of documents to MasterObjects representing the documents that Amazon alleged MasterObjects selectively withheld; MasterObjects produced these documents to prove Amazon's selective waiver accusation false.

2. Thereafter, on Monday, April 18, 2022, pursuant to an order from the Discovery Master, the parties held a substantive meet and confer to resolve outstanding issues. After that meet and confer, on the same day, MasterObjects provided select additional documents and information. By April 19, 2022, the parties had resolved a large number of issues, reducing their dispute to a few specific items: (a) whether two attachments to produced emails should be produced; (2) whether redactions in two redacted documents should be revealed; and (3) whether MasterObjects' C.E.O., Mark Smit, should sit for further deposition.

3. The parties provided various submissions to Discovery Master McElhinny, including the submission of all produced formerly privileged documents to him for his review.

4. A hearing was held before the Discovery Master on April 20, 2022, at which all waiver dispute issues were resolved.

5. At the conclusion of the hearing, the Discovery Master provided an oral ruling for use in providing this update, and stated that a short-written order would follow. The order will address the following:

- The Discovery Master ruled as follows: "Having reviewed the record, having reviewed the transcript of the hearing before Judge Alsup, having paid special attention to the referral order, having researched [and] reviewed all of the privileged documents that were produced, I find nothing in this record to support any claims of selective withholding of privileged documents. Moreover, I don't – I don't actually find that that allegation was actually made by anyone [other] than Judge Alsup raising the question. I find this to be a predictable dispute over the scope of a – of an intentional waiver."

- As to two attachments to produced emails (log entries 5504 and 5509), the Discovery Master found that the attachments should be produced and ordered their production by April 22, 2022.

- As to one of the redacted documents (MO_065759), the Discovery Master found that a less redacted version of the document should be produced, which only redacts the last four words within what was previously redacted, and ordered the production of the less redacted version by April 22, 2021.

- As to the other redacted document (MO_065803), the Discovery Master sustained MasterObjects' redactions.

- As to the deposition of Mr. Smit, the Discovery Master ordered a further deposition, limited to 2 hours and documents produced since the close of fact discovery, to occur within the next two weeks.

6. Neither party will appeal the Discovery Master's oral ruling, or any written order that reflects the oral ruling.

7. Amazon reserves the right, after MasterObjects' additional production of documents and the further deposition of Mr. Smit, to request leave to supplement its motion, ECF 280, to address

the newly obtained evidence. MasterObjects states that this issue was neither raised nor briefed before the Discovery Master, and will oppose any such motion.

Dated:  April 21, 2022

*/s/ Spencer Hosie*
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
505 Sansome Street, Suite 1575
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff MASTEROBJECTS, INC.*

*/s/ Christina V. Rayburn*
Douglas J. Dixon, CA State Bar No. 275389
ddixon@hueston.com
Christina V. Rayburn, CA State Bar No. 255467
crayburn@hueston.com
Thomas B. King, CA State Bar No. 241661
tking@hueston.com
Neil G. Anderson, CA State Bar No. 307668
nanderson@hueston.com
Justin Sorensen
jsorensen@hueston.com
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660 Telephone: (949) 229-8640 Facsimile: (888) 775-0898

Moez M. Kaba, CA State Bar No. 257456
mkaba@hueston.com
Rami Bachour, CA State Bar No. 324844
rbachour@hueston.com
Julia Haines
jhaines@hueston.com
HUESTON HENNIGAN LLP
523 West 6th St., Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

*Attorneys for Defendant AMAZON.COM, INC.*