UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MASTEROBJECTS, INC.,

    Plaintiff,

v.

AMAZON.COM, INC,

    Defendant.

No. C 20-08103 WHA

**ORDER RE DEPOSITION OF ATTORNEY SANFORD**

MasterObjects may take the deposition of Attorney Scott Sanford for up to three hours, not counting breaks. Thereafter, MasterObjects can offer up proof concerning what was learned. Based upon that showing, the Court will determine whether to have an evidentiary hearing with respect to the disqualification motion. The deposition must be completed by **MAY 13**.

**IT IS SO ORDERED.**

Dated: May 2, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE