UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MASTEROBJECTS, INC.,

    Plaintiff,

v.

AMAZON.COM, INC,

    Defendant.

No. C 20-08103 WHA

**ORDER RE DISQUALIFICATION MOTION AND UNCLEAN HANDS MOTION**

The Court has received and reviewed the submission from MasterObjects, Inc. (Dkt. No. 342). Before deciding whether to hold an evidentiary hearing or whether any discovery from Hueston Hennigan is warranted, MasterObjects must subpoena Fliesler Meyer (or its successor) for all time notes of Scott Sanford, or at least all such time notes that make reference to MasterObjects or any of the patents at issue or their parents or their inventors. This document description can be enlarged slightly to capture any other time notes that would show Sanford had been "exposed" to matters now in litigation within the meaning of *Adams v. Aerojet-Gen Corp.*, 86 Cal. App. 4th 1324, 1340 (2001), but no further enlargement will be allowed.

The Court expresses some disappointment that MasterObjects as the moving party has not already attempted to obtain these records, which the Court previously noted would prove helpful in the hearing on this issue (Apr. 6 Hrg. Tr. 46–47, Dkt. No. 326). MasterObjects will

be given one last opportunity to obtain these records by subpoena served no later than **FRIDAY AT NOON** with a return date **FOURTEEN DAYS** thereafter.

For the time being, it is unnecessary for Amazon to reply to the submission made by MasterObjects last night.

Turning to Amazon's unclean hands motion and the further discovery ordered by Special Master McElhinny, any sur-reply by Amazon, limited to **FIVE PAGES**, not including exhibits and declarations, must be filed by **FRIDAY AT NOON**.

**IT IS SO ORDERED.**

Dated: May 17, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE