Spencer Hosie (CA Bar No. 101777)
shosie@hosielaw.com
Diane S. Rice (CA Bar No. 118303)
drice@hosielaw.com
Darrell R. Atkinson (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
505 Sansome Street, Suite 1575
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax


*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*

Douglas J. Dixon, CA State Bar No. 275389
ddixon@hueston.com
Christina V. Rayburn, CA State Bar No. 255467
crayburn@hueston.com
Thomas B. King, CA State Bar No. 241661
tking@hueston.com
Neil G. Anderson, CA State Bar No. 307668
nanderson@hueston.com
Justin Sorensen
jsorensen@hueston.com
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660 Telephone: (949)
229-8640 Facsimile: (888) 775-0898

Moez M. Kaba, CA State Bar No. 257456
mkaba@hueston.com
Rami Bachour, CA State Bar No. 324844
rbachour@hueston.com
Julia Haines
jhaines@hueston.com
HUESTON HENNIGAN LLP
523 West 6th St., Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

*Attorneys for Defendant*
*AMAZON.COM, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC., | Case No.  3:20-cv-08103-WHA |
| Plaintiff,<br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | **JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO CHANGE TIME PER CIVIL L.R. 6-2**<br><br>Complaint Filed: May 5, 2020<br>Trial Date: October 17, 2022 |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff MasterObjects, Inc. ("MasterObjects") and Defendant Amazon.com, Inc. ("Amazon"), pursuant to Civil Local Rules 6-2 and 7-12, jointly submit this stipulated request for an order changing time as follows:

WHEREAS the operative Scheduling Order (ECF 239) requires the parties to exchange opening expert reports on May 26, 2022;

WHEREAS technical issues have recently arisen that have inhibited the ability of MasterObjects' expert to review Amazon source code;

WHEREAS the parties agree that an extension of one day to the expert report deadlines is necessary and appropriate to address and mitigate any prejudice concerning those technical issues;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, and subject to approval by the Court that: the parties' deadline for exchanging opening expert reports shall be extended by one day from May 26, 2022 to May 27, 2022.

Dated:    May 25, 2022

*/s/ Darrell R. Atkinson*
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (CA Bar
No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
505 Sansome Street, Suite 1575
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax


*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*

*/s/ Thomas B. King*
Douglas J. Dixon, CA State Bar No. 275389
ddixon@hueston.com
Christina V. Rayburn, CA State Bar No. 255467
crayburn@hueston.com
Thomas B. King, CA State Bar No. 241661
tking@hueston.com
Neil G. Anderson, CA State Bar No. 307668
nanderson@hueston.com
Justin Sorensen
jsorensen@hueston.com
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660 Telephone: (949) 229-8640 Facsimile: (888) 775-0898

Moez M. Kaba, CA State Bar No. 257456
mkaba@hueston.com
Rami Bachour, CA State Bar No. 324844
rbachour@hueston.com
Julia Haines

JOINT STIPULATED REQUEST AND [~~PROPOSED~~] ORDER
TO CHANGE TIME PER CIVIL L.R. 6-2                    - 1 -

Case No.  3:20-cv-08103-WHA

1

2    jhaines@hueston.com
     HUESTON HENNIGAN LLP
3    523 West 6th St., Suite 400
     Los Angeles, CA 90014
4    Telephone: (213) 788-4340
     Facsimile: (888) 775-0898

5    *Attorneys for Defendant AMAZON.COM, INC.*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION**

2

    Pursuant to Civil Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose

3

behalf this filing is submitted, concur in the filing's content and have authorized the filing.

4

Date: May 25, 2022                                              */s/ Thomas B. King*
                                                               Thomas B. King

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[~~PROPOSED~~] ORDER**

2

3          PURSUANT TO STIPULATION, IT IS ORDERED.

4

5

6

7   Date: May 26, 2022        _____

                              Honorable. William Alsup
8                             United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28