UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MASTEROBJECTS, INC.,

    Plaintiff,

  v.

AMAZON.COM, INC,

    Defendant.

No. C 20-08103 WHA

**ORDER SETTING PRÉCIS PROCEDURE**

Upon review of the parties' submissions (Dkt. Nos. 367, 368), this order finds good cause to require the parties to engage in the précis procedure for this issue. Amazon's précis request is due **JULY 13 AT NOON**. MasterObjects' response is due **JULY 15 AT NOON**. The submissions shall be limited to five pages.

**IT IS SO ORDERED.**

Dated: July 11, 2022.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE