| | |
|---|---|
| Spencer Hosie (CA Bar No. 101777) | Moez M. Kaba, CA Bar No. 257456 |
| shosie@hosielaw.com | mkaba@hueston.com |
| Diane S. Rice (CA Bar No. 118303) | Rami Bachour, CA Bar No. 324844 |
| drice@hosielaw.com | rbachour@hueston.com |
| Darrell R. Atkinson (CA Bar No. 280564) | Julia Haines, CA Bar No. 321607 |
| datkinson@hosielaw.com | jhaines@hueston.com |
| HOSIE RICE LLP | HUESTON HENNIGAN LLP |
| 505 Sansome Street, Suite 1575 | 523 West 6th St., Suite 400 |
| San Francisco, CA 94111 | Los Angeles, CA 90014 |
| (415) 247-6000 Tel. | Telephone: (213) 788-4340 |
| (415) 247-6001 Fax | Facsimile: (888) 775-0898 |

*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*

Douglas J. Dixon, CA Bar No. 275389
ddixon@hueston.com
Christina V. Rayburn, CA Bar No. 255467
crayburn@hueston.com
Thomas B. King, CA Bar No. 241661
tking@hueston.com
Neil G. Anderson, CA Bar No. 307668
nanderson@hueston.com
Justin Sorensen, CA Bar No. 324817
jsorensen@hueston.com
Lin Yang, CA Bar No. 336185
lyang@hueston.com
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660 Telephone: (949) 229-8640 Facsimile: (888) 775-0898

*Attorneys for Defendant*
*AMAZON.COM, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br> Plaintiff, <br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Case No.  3:20-cv-08103-WHA <br><br> **JOINT STIPULATED REQUEST AND [PROPOSED] ORDER** <br><br> Complaint Filed: May 5, 2020 <br> Trial Date: October 11, 2022 |

Plaintiff MasterObjects, Inc. ("MasterObjects") and Defendant Amazon.com, Inc. ("Amazon"), pursuant to Civil Local Rule and 7-12, jointly submit this stipulated request for an order of referral to the Special Master:

WHEREAS the last day to file discovery motions based on expert discovery violations was on July 7, 2022, and the close of expert discovery was on July 14, 2022;

WHEREAS MasterObjects produced a one page email with several redactions from its counsel (Hosie Rice LLP) to its damages expert (Dr. William Latham) on July 18, 2022;

WHEREAS Amazon has questioned the scope of the redactions;

WHEREAS the parties asked if Special Master McElhinny were willing to review this one page email *in camera* and assess whether the redactions were proper. Special Master McElhinny agreed to assist with this dispute;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, and subject to approval by the Court that: the dispute over MasterObjects' redactions to counsel's one page May 21, 2022, email to Dr. Latham shall be referred to Special Master McElhinny for resolution.

Dated:   August 16, 2022

| | |
|---|---|
| /s/ Diane S. Rice<br>SPENCER HOSIE (CA Bar No. 101777)<br>shosie@hosielaw.com<br>DIANE S. RICE (CA Bar No. 118303)<br>drice@hosielaw.com<br>DARRELL R. ATKINSON (CA Bar No. 280564)<br>datkinson@hosielaw.com<br>HOSIE RICE LLP<br>505 Sansome Street, Suite 1575<br>San Francisco, CA 94111<br>(415) 247-6000 Tel.<br>(415) 247-6001 Fax<br><br>*Attorneys for Plaintiff<br>MASTEROBJECTS, INC.* | /s/ Thomas B. King<br>Moez M. Kaba, CA Bar No. 257456<br>mkaba@hueston.com<br>Rami Bachour, CA Bar No. 324844<br>rbachour@hueston.com<br>Julia Haines, CA Bar No. 321607<br>jhaines@hueston.com<br>HUESTON HENNIGAN LLP<br>523 West 6th St., Suite 400<br>Los Angeles, CA 90014<br>Telephone: (213) 788-4340<br>Facsimile: (888) 775-0898<br><br>Douglas J. Dixon, CA Bar No. 275389<br>ddixon@hueston.com<br>Christina V. Rayburn, CA Bar No. 255467<br>crayburn@hueston.com |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Thomas B. King, CA Bar No. 241661
tking@hueston.com
Neil G. Anderson, CA Bar No. 307668
nanderson@hueston.com
Justin Sorensen, CA Bar No. 324817
jsorensen@hueston.com
Lin Yang, CA Bar No. 336185
lyang@hueston.com
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660 Telephone:
(949) 229-8640 Facsimile: (888) 775-0898

*Attorneys for Defendant AMAZON.COM, INC.*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Date: August 16, 2022                                      */s/ Thomas B. King*
                                                                            Thomas B. King

**[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: August 16, 2022

_____
Honorable William Alsup
United States District Judge