Spencer Hosie (CA Bar No. 101777)
shosie@hosielaw.com
Diane S. Rice (CA Bar No. 118303)
drice@hosielaw.com
Darrell R. Atkinson (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
505 Sansome Street, Suite 1575
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

Moez M. Kaba, CA State Bar No. 257456
mkaba@hueston.com
Rami Bachour, CA State Bar No. 324844
rbachour@hueston.com
HUESTON HENNIGAN LLP
523 West 6th St., Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

Douglas J. Dixon, CA State Bar No. 275389
ddixon@hueston.com
Christina V. Rayburn, CA State Bar No. 255467
crayburn@hueston.com
Thomas B. King, CA State Bar No. 241661
tking@hueston.com
Neil G. Anderson, CA State Bar No. 307668
nanderson@hueston.com
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660 Telephone: (949)
229-8640 Facsimile: (888) 775-0898

*Attorneys for Defendant*
*AMAZON.COM, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br> Plaintiff, <br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Case No.  5:20-cv-08103-WHA (KAW) <br><br> **JOINT STIPULATED REQUEST AND [PROPOSED] ORDER FOR ORDER SHORTENING TIME TO BRIEF AND HEAR A MOTION PER CIVIL L.R. 6-2** <br><br> Judge: Hon. William Alsup <br> Courtroom: 12, 19th Floor <br> Complaint Filed: May 5, 2020 <br> Trial Date: May 9, 2022 |

Plaintiff MasterObjects, Inc., and Defendant Amazon.com, Inc., having duly met and conferred, jointly submit this Stipulated Request for an Order Shortening Time to Brief and Hear a Motion as follows:

WHEREAS, on August 5, 2022, this Court issued a "CLERK'S NOTICE ADVANCING PRETRIAL CONFERENCE, JURY SELECTION, AND JURY TRIAL DATES BY ONE WEEK." ECF 382. In that notice, the Court advanced the final pretrial conference from October 12, 2022 to October 5, 2022 and the first date of trial from October 17, 2022 to October 11, 2022. *Id.* The Court set the trial for eight court days. *Id.*

WHEREAS, it is Amazon's position that this new trial date change poses conflicts for its counsel and witnesses. After discussions between the parties, counsel for Amazon has informed counsel for MasterObjects that today, August 25, 2022, it intends to file a Motion to Continue the Trial Date.

WHEREAS, if Amazon files that Motion to Continue the Trial Date, the date of hearing on that Motion would be October 13, 2022, after the currently scheduled October 11, 2022 trial in this matter commences. For Amazon's Motion to Continue the Trial Date to be resolved in advance of the trial date, expedited briefing and hearing on Amazon's anticipated Motion to Continue the Trial Date is necessary.

WHEREAS, MasterObjects has agreed to expedited briefing and hearing on Amazon's anticipated Motion to Continue the Trial date. MasterObjects *opposes* Amazon's anticipated Motion to Continue the Trial Date.

WHEREAS, no other Court deadlines are affected by this request.

The parties hereby stipulate and agree and request an order that:

1. Amazon will file its Motion to Continue the Trial Date on August 25, 2022.

2. MasterObjects will file its Opposition to that Motion by September 1, 2022.

3. Amazon will file its Reply, if any, by September 2, 2022.

4. Hearing on this issue, if any, will take place on September 8, 2022, during the previously scheduled hearing in this matter.

Dated:    August 25, 2022

| | |
|---|---|
| */s/ Spencer Hosie* <br> SPENCER HOSIE (CA Bar No. 101777) <br> shosie@hosielaw.com <br> DIANE S. RICE (CA Bar No. 118303) <br> drice@hosielaw.com <br> DARRELL R. ATKINSON (CA Bar No. 280564) <br> datkinson@hosielaw.com <br> HOSIE RICE LLP <br> 600 Montgomery Street, 34th Floor <br> San Francisco, CA 94111 <br> (415) 247-6000 Tel. <br> (415) 247-6001 Fax <br><br> *Attorneys for Plaintiff* <br> *MASTEROBJECTS, INC.* | */s/   Christina V. Rayburn* <br> Moez M. Kaba, CA State Bar No. 257456 <br> mkaba@hueston.com <br> Rami Bachour, CA State Bar No. 324844 <br> rbachour@hueston.com <br> HUESTON HENNIGAN LLP <br> 523 West 6th St., Suite 400 <br> Los Angeles, CA 90014 <br> Telephone: (213) 788-4340 <br> Facsimile: (888) 775-0898 <br><br> Douglas J. Dixon, CA State Bar No. 275389 <br> ddixon@hueston.com <br> Christina V. Rayburn, CA State Bar No. 255467 <br> crayburn@hueston.com <br> Thomas B. King, CA State Bar No. 241661 <br> tking@hueston.com <br> Neil G. Anderson, CA State Bar No. 307668 <br> nanderson@hueston.com <br> HUESTON HENNIGAN LLP <br> 620 Newport Center Drive, Suite 1300 <br> Newport Beach, CA 92660 Telephone: (949) 229-8640 Facsimile: (888) 775-0898 <br><br> *Attorneys for Defendant AMAZON.COM, INC.* |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Date: August 25, 2022                                                                           */s/ Christina Von der Ahe*
                                                                                                                Christina V. Rayburn

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

_____
Honorable William Alsup
United States District Judge