| | |
|---|---|
| **From:** | Christina V. Rayburn |
| **To:** | Spencer Hosie; drice@hosielaw.com; Darrell R. Atkinson |
| **Cc:** | Moez M. Kaba; Amazon/MasterObjects [INT] |
| **Subject:** | MasterObjects/Amazon Trial Date |
| **Date:** | Monday, August 8, 2022 11:03:49 AM |

Dear Spencer,

The judge's recent scheduling changes, advancing the pretrial conference date to October 5, 2022 and the trial date to October 11, 2022, create conflicts with previously scheduled trials for both Amazon's lead counsel in this matter, Moez and myself.

Moez is lead trial counsel in a trial scheduled to begin in Los Angeles Superior Court on September 26, 2022. That trial is expected to last at least through October 14. The case is *Don Lee Farms v. Savage River, Inc.*, Case No. BC662838.

I am lead trial counsel in a trial scheduled to begin in San Francisco Superior Court on October 3, 2022. That trial is expected to last for 5 days, through October 7. The case is *New Pacific Hotel Inc. v. Sonder USA Inc.*, Case No. CGC-20-586949.

Based on the above, we intend to request a continuance of the pretrial conference and trial dates to a date *after* the previously-scheduled trial, rather than before. Would you agree to such a continuance? Assuming yes, can you please work with us to propose some alternate dates for trial? We understand that the Meta trial is currently scheduled for November 7, 2022. Based on scheduling in our own case, we assume that the Court will set that trial for eight consecutive days, through November 16, 2022. Other than that, do you have trial conflicts between November 2022 and February 2023?

Best,
Christy

**Christina V. Rayburn**

**HUESTON HENNIGAN** LLP

D: 949.356.6412
T: 949.229.8640
crayburn@hueston.com
Biography

620 Newport Center Drive Suite 1300
Newport Beach CA 92660