| | |
|---|---|
| **From:** | Spencer Hosie |
| **To:** | Christina V. Rayburn; Amazon/MasterObjects [INT]; Diane Rice; Darrell Atkinson; Jerry Shaw |
| **Cc:** | Moez M. Kaba |
| **Subject:** | Re: |
| **Date:** | Thursday, August 11, 2022 12:38:43 PM |

No.  We do NOT so stipulate.  We inform the court of your issue, MO  reluctance to agree to a many month open ended delay, which is inherently prejudicial to any plaintiff, and then see what the Court  would like to do.

Get Outlook for iOS

**From:** Christina V. Rayburn <crayburn@hueston.com>
**Sent:** Thursday, August 11, 2022 12:20:52 PM
**To:** Spencer Hosie <shosie@hosielaw.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>; Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>; Jerry Shaw <jshaw@hosielaw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>
**Subject:** RE: Re:

Thank you, Spencer.  I'm not sure I understand what you are envisioning for this joint filing.  Can I prepare a Joint Stipulated Request and [Proposed] Order to Change Time Per Civil L.R. 6-2?

**Christina V. Rayburn**

**HUESTON HENNIGAN** LLP

D: 949.356.6412
crayburn@hueston.com
Biography

**From:** Spencer Hosie <shosie@hosielaw.com>
**Sent:** Thursday, August 11, 2022 12:13 PM
**To:** Christina V. Rayburn <crayburn@hueston.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>; Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>; Jerry Shaw <jshaw@hosielaw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>
**Subject:** Re:

Do what?  Send us your proposed fling and we will speak for ourselves. Joint means joint.

Get Outlook for iOS

**From:** Christina V. Rayburn <crayburn@hueston.com>
**Sent:** Thursday, August 11, 2022 12:11:51 PM
**To:** Spencer Hosie <shosie@hosielaw.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>; Diane Rice <drice@hosielaw.com>; Darrell Atkinson

<datkinson@hosielaw.com>; Jerry Shaw <jshaw@hosielaw.com>

**Cc:** Moez M. Kaba <mkaba@hueston.com>

**Subject:** RE: Re:

Great, thank you.  Please do so at your earliest convenience.

**Christina V. Rayburn**

**HUESTON HENNIGAN** LLP

D: 949.356.6412
crayburn@hueston.com
Biography

---

**From:** Spencer Hosie <shosie@hosielaw.com>
**Sent:** Thursday, August 11, 2022 12:10 PM
**To:** Christina V. Rayburn <crayburn@hueston.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>; Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>; Jerry Shaw <jshaw@hosielaw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>
**Subject:** Re:

We will.  Needs perforce to be a joint filing.

Get Outlook for iOS

---

**From:** Christina V. Rayburn <crayburn@hueston.com>
**Sent:** Thursday, August 11, 2022 12:08:11 PM
**To:** Spencer Hosie <shosie@hosielaw.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>; Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>; Jerry Shaw <jshaw@hosielaw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>
**Subject:** RE: Re:

OK, and you do not want to provide your trial conflicts going forward, in the event that the Court cannot reset to the prior date?

**Christina V. Rayburn**

**HUESTON HENNIGAN** LLP

D: 949.356.6412
crayburn@hueston.com
Biography

**From:** Spencer Hosie <shosie@hosielaw.com>
**Sent:** Thursday, August 11, 2022 12:06 PM
**To:** Christina V. Rayburn <crayburn@hueston.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>; Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>; Jerry Shaw <jshaw@hosielaw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>
**Subject:** Re:

I thk amz needs to inform court of apparent amz counsel conflict.   Perhaps the Court  can reset to prior date.

Get Outlook for iOS

---

**From:** Christina V. Rayburn <crayburn@hueston.com>
**Sent:** Thursday, August 11, 2022 10:56:39 AM
**To:** Spencer Hosie <shosie@hosielaw.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>; Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>; Jerry Shaw <jshaw@hosielaw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>
**Subject:** RE: Re:

Hi Spencer,

I'm following up again on the below.  We need to get this issue resolved promptly so that the parties and the Court can have clarity regarding schedules and case deadlines.  Will you be able to join us in proposing trial dates that do not conflict with your calendar?

Best,
Christy

**Christina V. Rayburn**

**HUESTON HENNIGAN** LLP

D: 949.356.6412
crayburn@hueston.com
Biography

---

**From:** Christina V. Rayburn <crayburn@hueston.com>
**Sent:** Wednesday, August 10, 2022 12:20 PM
**To:** Spencer Hosie <shosie@hosielaw.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>; Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>; Jerry Shaw <jshaw@hosielaw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>
**Subject:** RE: Re:

Spencer,

I am following up on the below.

Best,
Christy

**Christina V. Rayburn**

**HUESTON HENNIGAN LLP**

D: 949.356.6412
crayburn@hueston.com
Biography

**From:** Christina V. Rayburn <crayburn@hueston.com>
**Sent:** Tuesday, August 9, 2022 4:03 PM
**To:** Spencer Hosie <shosie@hosielaw.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>; Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>; Jerry Shaw <jshaw@hosielaw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>
**Subject:** RE: Re:

Thanks, Spencer. Based on our trial schedule and pre-planned holiday travel, we could commit to any dates between January 9, 2023 and February 17, 2023. Speaking for my own trial conflict in San Francisco, I have no reason to believe it will be trailed, and certainly cannot bank on such a possibility. I can say that it already got extended once, from June, so it will not be extended again.

**Christina V. Rayburn**

**HUESTON HENNIGAN LLP**

D: 949.356.6412
crayburn@hueston.com
Biography

**From:** Spencer Hosie <shosie@hosielaw.com>
**Sent:** Tuesday, August 9, 2022 3:13 PM
**To:** Christina V. Rayburn <crayburn@hueston.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>; Diane Rice <drice@hosielaw.com>; Darrell Atkinson <datkinson@hosielaw.com>; Jerry Shaw <jshaw@hosielaw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>

**Subject:** Re:

We are still working the issue.  We are very uncomfortable with a multi month, open ended trial delay. Can you be more specific about amz counsel  availability as close to current trial date as possible ?
  Related question: in my experience, most State Superior courts tend to trail trials, even when nominally hard set. Routine in SF and Santa Clara counties. Do you have reason to believe that will not happen in HH two cases?
  Perhaps a call makes sense. I am in depo tomorrow, but shd clear by mid aft.

Get Outlook for iOS

**From:** Christina V. Rayburn <crayburn@hueston.com>
**Sent:** Tuesday, August 9, 2022 2:32 PM
**To:** Spencer Hosie <shosie@hosielaw.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>
**Subject:** RE: Re:

Spencer,

I'm following up on the below request.  Were you able to discuss the trial date with your client?

Best,
Christy

Christina V. Rayburn

**HUESTON HENNIGAN** LLP

D: 949.356.6412
crayburn@hueston.com
Biography

**From:** Christina V. Rayburn <crayburn@hueston.com>
**Sent:** Monday, August 8, 2022 9:54 PM
**To:** Spencer Hosie <shosie@hosielaw.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>
**Subject:** RE: Re:

*Monster Energy v. Vital Pharms*., Case No. 18-cv-1882, C.D. Cal.  Starts tomorrow.

Christina V. Rayburn

**HUESTON HENNIGAN** LLP

D: 949.356.6412
crayburn@hueston.com
Biography

---

**From:** Spencer Hosie <shosie@hosielaw.com>
**Sent:** Monday, August 8, 2022 9:32 PM
**To:** Christina V. Rayburn <crayburn@hueston.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>
**Subject:** Re:

Case and jurisdiction pls.

Get Outlook for iOS

---

**From:** Christina V. Rayburn <crayburn@hueston.com>
**Sent:** Monday, August 8, 2022 9:25:29 PM
**To:** Spencer Hosie <shosie@hosielaw.com>; Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>
**Subject:** RE:

Thank you, Spencer. Moez is currently in a trial that is expected to last into the first week of September. Given that trial, and his Don Lee trial that follows, we cannot make an earlier date work.

Best,
Christy

**Christina V. Rayburn**

**HUESTON HENNIGAN** LLP

D: 949.356.6412
crayburn@hueston.com
Biography

---

**From:** Spencer Hosie <shosie@hosielaw.com>
**Sent:** Monday, August 8, 2022 5:41 PM
**To:** Amazon/MasterObjects [INT] <AmazonMasterObjects@hueston.com>
**Subject:**

Counsel: we are discussing AMZ request for trial delay with our client tomorrow. Question: if the Court can accommodate an earlier trial, what date works for collective Amz counsel?

Get [Outlook for iOS](#)

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.