Melissa Bach
June 09, 2022

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

--o0o--

NEW PACIFIC HOTEL, INC., a        Case No. CGC-20-586959
California Corporation,

            Plaintiff,
        vs.

SONDER USA INC., a Delaware
Corporation,

            Defendant.
_____/

DEPOSITION OF MELISSA BACH

Thursday, June 9, 2022

9:30 a.m. PDT

U.S. Legal Support - Remote Videoconference

San Francisco, California

STENOGRAPHICALLY REPORTED BY:

CARRIE HEWERDINE, RDR, CSR No. 4579

JOB #6164115

Melissa Bach
June 09, 2022

```
 1   REMOTE APPEARANCES

 2

 3       FOR PLAINTIFF:

 4           HANSON BRIDGETT LLP

 5           BY:  BRIAN M. SCHNARR, Attorney at Law

 6           425 Market Street, 26th Floor

 7           San Francisco, California 94105

 8           T:  415.777.3200

 9           F:  415.541.9366

10           baschnarr@hansonbridgett.com

11

12       FOR DEFENDANTS:

13           HUESTON HENNIGAN LLP

14           BY:  CHRISTINA V. RAYBURN, Attorney at Law

15               GRACE W. ZHANG, Attorney at Law

16           523 W. 6th Street, Suite 400

17           Los Angeles, California 90014

18           T:  213.788.4340

19           F:  888.775.0898

20           crayburn@hueston.com / gzhang@hueston.com

21

22   ALSO PRESENT REMOTELY:

23   RODERICK PRATT, Video Technician

24   KARI SENTENO, Interning Court Reporter

25
```

```
 1    THURSDAY, JUNE 9, 2022, SAN FRANCISCO, CALIFORNIA

 2                     9:30 A.M. PDT

 3                      *   *   *

 4

 5                   MELISSA BACH,

 6     having been first duly sworn, was examined and

 7              testified as follows:

 8         THE WITNESS:  I do.

 9         THE REPORTER:  Thank you.

10         Go ahead.

11

12                   EXAMINATION

13    BY MS. RAYBURN:

14      Q    Good morning, Ms. Bach.

15      A    Good morning.

16      Q    Can you please stated and spell your name

17    for the record.

18      A    Sure.  It's Melissa Bach, M-E-L-I-S-S-A.

19    And the last name is Bach, B-A-C-H.

20      Q    And I'm Christy Rayburn.  I'm an attorney

21    for Sonder in this matter.  I assume you understand

22    that.

23      A    I assumed as much, yes.

24      Q    What's your current address?

25      A    Work address or location address?  What
```

1                SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                        COUNTY OF SAN FRANCISCO

3

4       NEW PACIFIC HOTEL INC., a

5       California corporation,

6              Plaintiff,

7       vs.                                Case No. CGC-20-586949

8       SONDER USA INC., a Delaware

9       corporation, and DOES 1

10      through 10, inclusive,

11             Defendants.

12      ------------------------------/

13

14

15      VIDEOCONFERENCE DEPOSITION OF BRENNA MOORHEAD, ESQ.

16                      Friday, August 12, 2022

17

18

19

20

21

22

23      Reported Remotely and Stenographically by:

24      JANIS JENNINGS, CSR No. 3942, CLR, CCRR

25      Job No. 5367305

                                                        Page 1

| | |
|---|---|
| 1 | 1   REMOTE APPEARANCES: |
| 2 | 2 |
| 3 | 3      For the Witness: |
| 4 | 4         GOODWIN PROCTER LLP |
| 5 | 5         BY:  GRANT P. FONDO, ESQ. |
| 6 | 6         601 Marshall Street |
| 7         DEPOSITION OF BRENNA MOORHEAD, ESQ., | 7         Redwood City, California  94063 |
| 8  appearing remotely, located in San Francisco, | 8         650.712.3500 |
| 9  California, taken on behalf of the Plaintiff, | 9         gfondo@goodwinlaw.com |
| 10  beginning at 9:10 a.m., on Friday, August 12, 2022, | 10 |
| 11  sworn remotely by Janis Jennings, Certified | 11 |
| 12  Shorthand Reporter No. 3942, CCRR, located in the | 12 |
| 13  City of Walnut Creek, County of Contra Costa, State | 13 |
| 14  of California. | 14 |
| 15 | 15 |
| 16 | 16 |
| 17 | 17 |
| 18 | 18 |
| 19 | 19 |
| 20 | 20 |
| 21 | 21 |
| 22 | 22 |
| 23 | 23 |
| 24 | 24 |
| 25 | 25 |
| Page 2 | Page 4 |

| | |
|---|---|
| 1   REMOTE APPEARANCES: | 1              I N D E X |
| 2 | 2 |
| 3      For Plaintiff: | 3   WITNESS                              PAGE |
| 4         HANSON BRIDGETT LLP | 4   BRENNA MOORHEAD, ESQ. |
| 5         BY:  BRIAN M. SCHNARR, ESQ. | 5 |
| 6         425 Market Street | 6 |
| 7         26th Floor | 7       EXAMINATION BY MR. SCHNARR        8, 162 |
| 8         San Francisco, California  94105 | 8       EXAMINATION BY MS. RAYBURN          154 |
| 9         415.995.5169 | 9 |
| 10        bschnarr@hansonbridgett.com | 10 |
| 11 | 11        QUESTIONS NOT ANSWERED |
| 12     For Defendants: | 12 |
| 13        HUESTON HENNIGAN LLP | 13        PAGE      LINE |
| 14        BY:  CHRISTINA VON DER AHE RAYBURN, ESQ. | 14          13       14 |
| 15        620 Newport Center Drive | 15          18       22 |
| 16        Suite 1300 | 16          26        3 |
| 17        Newport Beach, California  92660 | 17          29       21 |
| 18        949.229.8640 | 18          30        2 |
| 19        crayburn@hueston.com | 19          40       20 |
| 20 | 20          69       21 |
| 21 | 21          97       20 |
| 22 | 22          98        4 |
| 23 | 23         172       25 |
| 24 | 24 |
| 25 | 25 |
| Page 3 | Page 5 |

2 (Pages 2 - 5)