1  Moez M. Kaba, CA State Bar No. 257456
   mkaba@hueston.com
2  Rami Bachour, CA State Bar No. 324844
   rbachour@hueston.com
3  Julia Haines, CA State Bar No. 321607
   jhaines@hueston.com
4  HUESTON HENNIGAN LLP
   523 West 6th St., Suite 400
5  Los Angeles, CA 90014
   Telephone:    (213) 788-4340
6  Facsimile:    (888) 775-0898

7  Douglas J. Dixon, CA State Bar No. 275389
   ddixon@hueston.com
8  Christina V. Rayburn, CA State Bar No. 255467
   crayburn@hueston.com
9  Thomas B. King, CA State Bar No. 241661
   tking@hueston.com
10 Neil G. Anderson, CA State Bar No. 307668
   nanderson@hueston.com
11 Justin Sorensen, CA State Bar No. 324817
   jsorensen@hueston.com
12 HUESTON HENNIGAN LLP
   620 Newport Center Drive, Suite 1300
13 Newport Beach, CA 92660
   Telephone:    (949) 229-8640
14 Facsimile:    (888) 775-0898

15 Attorneys for Defendant
   AMAZON.COM, INC.

16

UNITED STATES DISTRICT COURT

17

NORTHERN DISTRICT OF CALIFORNIA

18

SAN FRANCISCO COURTHOUSE

19

20  MASTEROBJECTS, INC.,                    Case No. 3:20-cv-08103-WHA

            Plaintiff,                     Judge William Alsup
21                                         Courtroom: 12
         vs.
22                                         **[PROPOSED] ORDER GRANTING
    AMAZON.COM, INC.,                      AMAZON.COM, INC.'S MOTION TO
23                                         CONTINUE TRIAL DATE**
            Defendant.
24                                         Date: October 13, 2022
                                           Time: 8:00 am
25                                         Complaint Filed: May 5, 2020
                                           Trial Date: October 17, 2022
26

27

28

1   Upon consideration of Defendant Amazon.com, Inc.'s Motion to Continue Trial Date, the
2 Court determines that good cause exists for a brief continuance of the trial date in this matter, and
3 GRANTS Amazon's Motion.  Trial in this matter is now scheduled for [**January 9, 2023** /
4 _____].

6   **IT IS SO ORDERED.**

7 Date: _____    _____

8                                                                                  Honorable William Alsup
                                                                                    United States District Judge