UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MASTEROBJECTS, INC.,

    Plaintiff,

v.

AMAZON.COM, INC,

    Defendant.

No. C 20-08103 WHA

**ORDER RE DOCUMENTS FOR HEARING TOMORROW**

In light of the voluminous number of documents that may be at issue in our summary judgment hearing tomorrow, the parties **SHALL** have available in the courtroom hard-copy versions of any documents that the parties may wish to discuss.

**IT IS SO ORDERED.**

Dated: September 7, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE