UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MASTEROBJECTS, INC.,

    Plaintiff,

v.

AMAZON.COM, INC,

    Defendant.

No. C 20-08103 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting summary judgment of noninfringement (Dkt. No. 415; *see also* Dkt. No. 422), final judgment is hereby entered in favor of Amazon.com, Inc. and against MasterObjects, Inc. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 22, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE